UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

---

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE,<br><br>*Plaintiffs*,<br><br>v.<br><br>WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS & REUTERS, NEWS & MEDIA, INC.<br><br>*Defendants*. | CIVIL ACTION NO. _____<br><br><br><br>STATEMENT OF RELATED COLLATERAL PROCEEDINGS<br><br><br>W.D. La. Local Rule 3.1 |

---

Pursuant to Western District of Louisiana Local Rule 3.1, Plaintiffs in the above-captioned case hereby state that this action involves subject matter comprising a material part of the subject matter and operative facts of two other actions currently pending before this Court:

1. *Missouri et al. v. Biden et al.* 22-cv-01213-TAD-KDM (W.D. LA.), Judge Terry A. Doughty, presiding, Magistrate Judge Kayla D McClusky, referral, Date filed: 05/05/2022. Like the above-captioned case, *Missouri v. Biden* involves the removal, shadow-banning and other censorship of speech related to COVID and U.S. presidential elections on social media platforms such as Google, YouTube, Facebook, Twitter, and LinkedIn. Plaintiffs are states and individuals, including a Plaintiff in the above-captioned case—Jim Hoft—alleging that their

1

content was censored. Defendants are Federal agencies and officials alleged to have sought to induce such censorship in violation of the Constitution and the Administrative Procedure Act.

2. *Kennedy et al. v. Biden et al.*, 23-cv-00381-TAD-KDM (W.D. La), Judge Terry A. Doughty, presiding, Magistrate Judge Kayla D McClusky, referral, Date Filed: 03/24/23. Like the above-captioned case, *Kennedy v. Biden* involves the removal, shadow-banning and other censorship of speech related to COVID and speech related to U.S. elections on social media platforms such as Google, YouTube, Facebook, Twitter, and LinkedIn. Plaintiffs, including a Plaintiff in the above-captioned case—Children's Health Defense—seek class action relief on behalf of a nationwide class of social media news consumers. Defendants are Federal agencies and agents alleged to have sought to induce such censorship in violation of the First Amendment.

Like the two actions listed above, the instant case, *Children's Health Defense et al. v. WP Co., LLC d/b/a The Washington Post, et al.*, involves the removal, shadow-banning and other censorship of speech related to COVID and speech related to U.S. elections on social media platforms such as Google, YouTube, Facebook, Twitter, and LinkedIn. Numerous allegations in the *Kennedy v. Biden* complaint are also made, identically, in the instant case. Moreover, as noted, one of the Plaintiffs here is also a plaintiff in *Missouri v. Biden*, and one of the Plaintiffs here is also a plaintiff in *Kennedy v. Biden*. Defendants in the instant case are news organizations alleged to have colluded, in violation of the Sherman Act, with those platforms to form a partnership called the "Trusted News Initiative" (TNI), agreeing to boycott and de-platform rival online news publishers who reported content that TNI members identified as COVID-19 or election "misinformation." Accordingly, the instant case involves subject matter comprising a material part of the subject matter and operative facts in the two cases listed above.

Dated: May 31, 2023                                  Respectfully submitted,

_____

G. SHELLY MATURIN, II
(La. Bar#26994)
Maturin Law
322 Heymann Blvd., Suite 1
Lafayette, LA 70503
Telephone: (337) 362-3514
E-mail: shelly@maturinlaw.com

Attorney for Plaintiffs