## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Children's Health Defense, et al. | Civil Case No. _____ |
| Plaintiffs | |
| v. | |
| WP Company, LLC et al. | |
| Defendants | |

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

Pursuant to Fed. Rules of Civil Procedure 7.1 and Local Rule LR5.6, Plaintiffs, Children's Health Defense et al., provide the following information:

The corporate Plaintiffs, Children's Health Defense, TrialSite, Inc. and Creative Destructive media hereby state that they have no parent corporation and that no publicly held corporation owns more than 10 percent of their stock.

| | |
|---|---|
| Date: | May 30, 2023 |
| Signature: | *[signature]* |
| Printed Name: | G. Shelly Maturin II |
| | Attorney for Plaintiffs |
| Bar No. | 26994 |
| Address: | 322 Heymann Blvd, Suite 1 |
| City, State, Zip: | Lafayette, LA  70503 |
| Email Address: | shelly@maturinlaw.com |