AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| CHILDRENS HEALTH DEFENSE, et al. )<br>Plaintiff ) | |
| v. ) | Civil Action No. 3:23–CV–00720–DEW–KDM |
| ) | Judge Donald E Walter |
| W P CO , et al. )<br>Defendant ) | |

### SUMMONS IN A CIVIL ACTION

To:
**Associated Press**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Glynn Shelly Maturin II**
        **Law Office of G Shelly Maturin**
        **322 Heymann Blvd Ste 1**
        **Lafayette, LA 70503**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  6/1/2023

    /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00720–DEW–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Associated Press** was received by me on
*(date)*_____.

- I personally served the summons on **Associated Press** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                    *Server's signature*

                                        _____
                                                    *Printed name and title*

                                        _____
                                                    *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| CHILDRENS HEALTH DEFENSE, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00720–DEW–KDM |
| | ) Judge Donald E Walter |
| W P CO , et al. | ) |
| Defendant | ) |

### SUMMONS IN A CIVIL ACTION

To:
**British Broadcasting Corp**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  __6/1/2023__

 __/s/ – Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00720–DEW–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **British Broadcasting Corp** was received by me on
*(date)*_____.

- • I personally served the summons on **British Broadcasting Corp** at
  *(place)*_____ _____ on
  *(date)*_____; or

- • I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- • I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- • I returned the summons unexecuted because _____
  _____; or

- • Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                           *Server's signature*

                                                   _____
                                                           *Printed name and title*

                                                   _____
                                                           *Server's address*


Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| CHILDRENS HEALTH DEFENSE, et al. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 3:23–CV–00720–DEW–KDM |
| | ) Judge Donald E Walter |
| W P CO , et al. | ) |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Reuters News & Media Inc**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Glynn Shelly Maturin II**
> **Law Office of G Shelly Maturin**
> **322 Heymann Blvd Ste 1**
> **Lafayette, LA 70503**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  6/1/2023

 /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00720–DEW–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Reuters News & Media Inc** was received by me on
*(date)*_____.

- I personally served the summons on **Reuters News & Media Inc** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attemped service,
etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

CHILDRENS HEALTH DEFENSE, et al. )
           Plaintiff )
        v. ) Civil Action No. 3:23–CV–00720–DEW–KDM
           ) Judge Donald E Walter
       W P CO , et al. )
          Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**W P Co**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        **Glynn Shelly Maturin II**
        **Law Office of G Shelly Maturin**
        **322 Heymann Blvd Ste 1**
        **Lafayette, LA 70503**

    If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:   6/1/2023

    /s/ – Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23–CV–00720–DEW–KDM
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **W P Co** was received by me on *(date)*_____.

- I personally served the summons on **W P Co** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion
  who resides there, on *(date)* _____ , and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                    *Server's signature*

                                                   _____
                                                    *Printed name and title*


                                                   _____
                                                    *Server's address*



Additional information regarding attemped service,
etc: