UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, ET AL | CIVIL ACTION NO. 3:23-cv-00720 |
| VERSUS | JUDGE: TERRY A. DOUGHTY |
| WP COMPANY, LLC D/B/A THE WASHINGTON POST, ET AL. | MAG. JUDGE: KAYLA D. MCCLUSKY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF SERVICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 4, Plaintiffs hereby show by the attached Proofs of Service that the Summons and Complaint in the above captioned matter were served on the following Defendants on the dates as noted:

| **DEFENDANTS** | **DATE SUMMONS AND COMPLAINT SERVED** |
|---|---|
| British Broadcasting Corp. | June 5, 2023 |
| Associated Press | June 2, 2023 |
| Reuters News & Media, Inc. | June 2, 2023 |
| WP Co. | June 2, 2023 |

Respectfully submitted:

WELBORN & HARGETT, LLC

BY: */s/ G. Shelly Maturin, II*
        JASON M. WELBORN (#26548)
        JACOB H. HARGETT (#32490)
        G. SHELLY MATURIN, II (#26994)
        1540 W. Pinhook Road
        Lafayette, LA 70503
        Telephone: (337) 234-5533
        Facsimile: (337) 769-3173
        jason@wandhlawfirm.com
        jacob@wandhlawfirm.com
        shelly@wandhlawfirm.com
        Attorneys for Plaintiffs