AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)   #297845

3:23-CV-00720-DEW-KDM
**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **British Broadcasting Corp** was received by me on *(date)* June 1, 2023.

- I personally served the summons on **British Broadcasting Corp** at *(place)* 2000 M St. NW, Suite 800, Washington, D.C. 20036 on *(date)* June 5, 2023; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

X  • I served the summons on *(name of individual)* John McPherson, who is designated by law to accept service of process on behalf of *(name of organization)* British Broadcasting Corp on *(date)* June 5, 2023; or

- I returned the summons unexecuted because _____; or

- Other *(specify)*:

My fees are $ 0.00 for travel and $ 224.25 for services, for a total of $ 224.25.

I declare under penalty of perjury that this information is true.

Date: June 7, 2023

*Server's signature*

BRANDI EBERHART
*Printed name and title*

1550 HOTEL CIRCLE NORTH SUITE 440
SAN DIEGO, CA 92108
*Server's address*

Additional information regarding attemped service, etc: