AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:23−CV−00720−DEW−KDM
## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Reuters News & Media Inc** was received by me on *(date)* June 1, 2023.

- I personally served the summons on **Reuters News & Media Inc** at *(place)* 80 State Street, Albany, NY 12207 on *(date)* June 2, 2023; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

X  • I served the summons on *(name of individual)* Kathy Krieger Jewell, who is designated by law to accept service of process on behalf of *(name of organization)* Reuters News & Media Inc C/O Corporation Services Company on *(date)* June 2, 2023; or

- I returned the summons unexecuted because _____; or

- Other *(specify)*:

My fees are $ 0.00 for travel and $ 105.75 for services, for a total of $ 105.75.

I declare under penalty of perjury that this information is true.

Date: June 7, 2023

Server's signature

JEFFREY TEITEL
*Printed name and title*

1550 HOTEL CIRCLE NORTH SUITE 440
SAN DIEGO, CA 92108
*Server's address*

Additional information regarding attemped service, etc: