AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)                                   #297844

3:23–CV–00720–DEW–KDM
**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **W P Co** was received by me on *(date)* June 1, 2023.

- I personally served the summons on **W P Co** at *(place)* 1015 15th St NW, Suite 100, Washington, D.C. 20005 on *(date)* June 2, 2023; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

X • I served the summons on *(name of individual)* Reza Lustig, who is designated by law to accept service of process on behalf of *(name of organization)* W P Co C/O CT Corporation System on *(date)* June 2, 2023; or

- I returned the summons unexecuted because _____ ; or

- Other *(specify):*

My fees are $ 0.00 for travel and $ 235.25 for services, for a total of $ 235.25.

I declare under penalty of perjury that this information is true.

Date: June 5, 2023

*Server's signature*

CORA HEISHMAN
*Printed name and title*

1550 HOTEL CIRCLE NORTH SUITE 440
SAN DIEGO, CA 92108
*Server's address*

Additional information regarding attemped service, etc: