(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| Children's Health Defense, et al. | Case No. 3:23-cv-00720 |
| Plaintiff | |
| | |
| VS. | Judge   Terry A. Doughty |
| WP Company, LLC, et al. | Magistrate Judge   Kayla D. McClusky |
| Defendant | |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made for **Scott J. Street** to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Plaintiffs in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of California or the bar of California court, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, G. Shelly Maturin, II of the firm of Welborn & Hargett, LLC is appointed as local counsel.

(Rev. 6/14/2022)

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| s/ Scott J. Street | s/ G. Shelly Maturin, II |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |
| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |

| | | | |
|---|---|---|---|
| Name: | Scott J. Street | Name: | G. Shelly Maturin, II |
| Firm: | JW Howard/Attorneys, LTD. | Firm: | Welborn & Hargett, LLC |
| Address: | 201 South Lake Ave., Ste. 303 | Address: | 1540 W. Pinhook Rd. |
| | Pasadena, CA 91101 | | Lafayette, LA 70503 |
| Telephone: | 213-205-2800 | Telephone: | 337-234-5533 |
| Fax: | 619-234-1716 | Fax: | 337-769-3173 |
| E-mail: | sstreet@jwhowardattorneys.com | E-mail: | shelly@wandhlawfirm.com |
| Additional e-mail(s): | | | |
| michelle@jwhowardattorneys.com | | | |
| dayna@jwhowardattorneys.com | | | |

(Rev. 6/14/2022)

Certificate of Service

I hereby certify that on the 14th day of June, 2023, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record, and I hereby certify that I have mailed by United States Postal Service and/or via electronic means this filing to the following non-CM/ECF participants:

WP Company, LLC
1015 15th St. NW
Suite 100
Washington, DC 20005

Reuters News & Media, Inc.
80 State Street
Albany, NY 12207

Associated Press
80 State Street
Albany, NY 12207

British Broadcasting Corp.
2000 M St. NW
Suite 800
Washington, DC 20036

s/ G. Shelly Maturin, II
Signature

| | |
|---|---|
| Name: | G. Shelly Maturin, II |
| Firm: | Welborn & Hargett, LLC |
| Address: | 1540 W. Pinhook Rd. |
| | Lafayette, LA 70503 |
| Telephone: | 337-234-5533 |
| Fax: | 337-769-3173 |
| E-mail: | shelly@wandhlawfirm.com |