(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| _____Children's Health Defense, et al._____ <br> Plaintiff | Case No.   3:23-cv-00720 |
| VS. <br> _____WP Company, LLC, et al._____ <br> Defendant | Judge   Terry A. Doughty <br> Magistrate Judge   Kayla D. McClusky |

**ORDER**

IT IS ORDERED that Scott J. Street be and is hereby admitted to the bar of this Court

pro hac vice on behalf of Plaintiffs in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.


_____
U.S. Magistrate Judge