(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Children's Health Defense, et al. <br> Plaintiff | Case No. 3:23-cv-00720 |
| VS. <br> WP Company, LLC, et al. <br> Defendant | Judge Terry A. Doughty <br> Magistrate Judge Kayla D. McClusky |

**ORDER**

IT IS ORDERED that John W. Howard be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiffs in the above described action.

SO ORDERED on this, the _____ day of_____, 20____.

_____
U.S. Magistrate Judge