(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| <u>   Children's Health Defense, et al.   </u><br>Plaintiffs | Case No.   3:23-cv-00720 |
| VS.<br><u>   WP Company, LLC, et al.   </u><br>Defendants | Judge   Terry A. Doughty<br>Magistrate Judge   Kayla D. McClusky |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made for **<u>Jed Rubenfeld</u>** to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of <u>Plaintiffs</u> in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the Supreme Court of the State of New York, which is the highest court of such state.  Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, <u>G. Shelly Maturin, II</u> of the firm of Welborn & Hargett is appointed as local counsel.

(Rev. 6/14/2022)

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| s/ Jed Rubenfeld | s/ G. Shelly Maturin, II |
|---|---|
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney may use typed "s/ signature." | Local counsel may use typed "s/ signature" and must file electronically. |
| PLEASE TYPE OR PRINT LEGIBLY: | LOCAL COUNSEL INFORMATION: |
| Name: Jed Rubenfeld | Name: G. Shelly Maturin, II |
| Firm: N/A | Firm: Welborn & Hargett |
| Address: 1031 Forest Road | Address: 1540 W. Pinhook Road |
| New Haven, CA 06515 | Lafayette, LA 70503 |
| Telephone: (203)432-7631 | Telephone: 337-769-3173 |
| Fax: N/A | Fax: N/A |
| E-mail: jed.rubenfeld@yale.com | E-mail: shelly@wandhlawfirm.com |
| Additional e-mail(s): michelle@jwhowardattorneys.com dayna@jwhowardattorneys.com | |

(Rev. 6/14/2022)

Certificate of Service

I hereby certify that on the 14th day of June, 2023, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record, and I hereby certify that I have mailed by United States Postal Service and/or via electronic means this filing to the following non-CM/ECF participants:

WP Company, LLC
1015 15th St. NW
Suite 100
Washington, DC 20005

Reuters News & Media, Inc.
80 State Street
Albany, NY 12207

Associated Press
80 State Street
Albany, NY 12207

British Broadcasting Corp.
2000 M St. NW
Suite 800
Washington, DC 20036

s/ G. Shelly Maturin, II
Signature

Name:      G. Shelly Maturin, II
Firm:      Welborn & Hargett
Address:   1540 W. Pinhook Road
           Lafayette, LA 70503
Telephone: 337-769-3173
Fax:       NA
E-mail:    shelly@wandhlawfirm.com