(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| Children's Health Defense, et al. | Case No.         | 3:23-cv-00720     |
|-----------------------------------|------------------|-------------------|
| Plaintiff                         |                  |                   |
|                                   |                  |                   |
| VS.                               | Judge            | Terry A. Doughty  |
| WP Company, LLC, et al.           | Magistrate Judge | Kayla D. McClusky |
| Defendant                         |                  |                   |

**ORDER**

IT IS ORDERED that <u>Jed Rubenfeld</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Plaintiffs</u> in the above described action.

SO ORDERED on this, the _____ day of_____, 20_____.

_____
U.S. Magistrate Judge