(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| Children's Health Defense, et al. | Case No. | 3:23-cv-00720 |
| Plaintiff | | |

| VS. | Judge | Terry A. Doughty |
| WP Company, LLC, et al. | Magistrate Judge | Kayla D. McClusky |
| Defendant | | |

**ORDER**

IT IS ORDERED that <u>Scott J. Street</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Plaintiffs</u> in the above described action.

SO ORDERED on this, the <u>16th</u> day of <u>June</u>, 20<u>23</u>.

_____
U.S. Magistrate Judge