(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Children's Health Defense, et al. | Case No.   3:23-cv-00720 |
| Plaintiff | |
| | |
| VS. | Judge   Terry A. Doughty |
| WP Company, LLC, et al. | Magistrate Judge   Kayla D. McClusky |
| Defendant | |

**ORDER**

IT IS ORDERED that John W. Howard be and is hereby admitted to the bar of this Court

pro hac vice on behalf of Plaintiffs in the above described action.

This 16th day of June, 2023.


_____
U.S. Magistrate Judge