(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| <u>Children's Health Defense, et al.</u><br>Plaintiff | Case No.   3:23-cv-00720 |
| VS.<br><u>WP Company, LLC, et al.</u><br>Defendant | Judge   Terry A. Doughty<br>Magistrate Judge   Kayla D. McClusky |

**ORDER**

IT IS ORDERED that <u>Jed Rubenfeld</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>Plaintiffs</u> in the above described action.

SO ORDERED on this, the <u>16th</u> day of _____June_____, 20 <u>23</u> .

_____
U.S. Magistrate Judge