IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, | Civil Action No. 3:23-cv-00720 |
| *Plaintiffs,* | Judge Terry A. Doughty |
| v. | Magistrate Judge Kayla D. McClusky |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC., | |
| *Defendants*. | |

**JOINT MOTION TO EXTEND TIME AND FOR JOINT BRIEFING SCHEDULE**

Defendant WP Company LLC d/b/a The Washington Post, Defendant The Associated Press, Defendant The British Broadcasting Corporation, and Plaintiffs ("Movants") hereby respectfully request that the Court extend the deadline for all Defendants to file pre-answer motions responsive to the Complaint, and to enter a joint briefing schedule in connection with anticipated motions. This is Movants' first request for an extension. All parties consent to this motion.[1]

As grounds for this motion, the Movants state as follows:

1. Plaintiffs filed this action in this Court on May 31, 2023, alleging antitrust claims under Section 1 of the Sherman Act based on an alleged group boycott. *See* Complaint (ECF No. 1).

---

[1] The other Defendant, Reuters News & Media Inc., has consented to the movant Defendants' filing of this Joint Motion.

2. All Defendants have been served in this case. WP Company LLC and The Associated Press were served on June 2, 2023, while the British Broadcasting Company was served on June 5, 2023.

3. Good cause exists to extend the deadline to answer or otherwise respond to Plaintiffs' Complaint. *See* Fed. R. Civ. P. 6(b)(1)(A).

4. Defendants intend to file pre-answer responsive motions, including but not limited to one or more of the following: motions to dismiss under Fed. R. Civ. P. 12(b)(2) and (12)(b)(6), a motion to transfer under 28 U.S.C. § 1404(a) and a motion under Fed. R. Civ. P. 41(d) (collectively referred to herein as "pre-answer responsive motions"). These motions will likely present substantially similar or overlapping arguments about the sufficiency of Plaintiffs' antitrust claims, and will also address contesting jurisdiction and/or venue. It is in the best interest of efficiency and judicial economy if all Defendants file their pre-answer responsive motions on an agreed joint briefing schedule to facilitate joint briefing, and so that Plaintiffs may respond to and the Court may consider all of Defendants' motions simultaneously.

5. Because of the complexity of the case, the multiple parties involved, and the multiple expected motions, Defendants desire to have additional time to prepare subsequent briefs in connection with the anticipated motions, and Plaintiffs have consented thereto.

6. The parties have cooperatively negotiated the following proposed schedule:

- The deadline for all Defendants to file any pre-answer responsive motions should be extended to Tuesday, July 11, 2023.
- Plaintiffs should then have until Tuesday, August 15, 2023 to oppose the pre-answer responsive motions. This deadline would apply to any and all motions Defendants may file, including any motion to transfer venue and any request or motion under Rule 41(d).
- The deadline for all Defendants to file replies in support of their pre-answer responsive motions is Tuesday, August 29, 2023 (or, if earlier, fourteen days after Plaintiffs have filed all of their oppositions to the pre-answer motions).

7. No party will be prejudiced by the requested extensions. Indeed, all parties consent to this motion and agree allowance of this motion will be in the interests of justice and judicial economy.

WHEREFORE, the Parties respectfully requests that this Court grant this motion and enter the briefing schedule outlined above.

Dated: June 20, 2023

Respectfully submitted,

*/s/ Glynn Shelly Maturin*
Glynn Shelly Maturin, II #26994
Jacob Houston Hargett #32490
Jason M. Welborn #26548
Welborn & Hargett
1540 W Pinhook Rd
Lafayette, Louisiana 70503
Phone: (337) 234-5533
Fax: (337) 769-3173
shelly@wandhlawfirm.com
jacob@wandhlawfirm.com
jason@wandhlawfirm.com

*Attorneys for Plaintiffs*

*/s/ Loretta Mince*
Loretta Mince # 25796
Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Phone: (504) 586-5252
Fax: (504) 586-5250
lmince@fishmanhaygood.com

*Attorney for Defendant*
*The Associated Press*

*/s/ Bernard S. Johnson*
Bernard S. Johnson #07280
Cook, Yancey, King & Galloway
333 Texas Street, Suite 1700 (71101)
P.O. Box 22260
Shreveport, Louisiana 71120-2260
Phone: (318) 221-6277
Fax: (318) 227-7850
Bernard.johnson@cookyancey.com

John E. Schmidtlein (*pro hac vice* forthcoming)
Thomas G. Hentoff (*pro hac vice* forthcoming)
Nicholas G. Gamse (*pro hac vice* forthcoming)
Kathryn E. Garza (*pro hac vice* forthcoming)
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Phone: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
thentoff@wc.com
ngamse@wc.com
kgarza@wc.com

*Attorneys for Defendant WP Company LLC*
*d/b/a The Washington Post*

/s/ *Jan P. Christiansen*
Jan P. Christiansen #20142
G. Adam Cossey #31678
Hudson, Potts & Bernstein, LLP
1800 Hudson Lane, Suite 300 (71201)
P.O. Drawer 3008
Monroe, LA 71210-3008
Phone: (318) 388-4400
Fax: (318) 322-4194
jpchris@hpblaw.com
acossey@hpblaw.com

*Attorneys for Defendant*
*The British Broadcasting Corporation*

**CERTIFICATE OF CONFERENCE**

The undersigned counsel hereby certifies that on or before the 20th day of June 2023, counsel for Defendant WP Company LLC d/b/a The Washington Post conferred with counsel for Reuters News & Media, Inc. regarding the above motion and all Parties stated they consent to the motion.

*/s/ Bernard S. Johnson*
Bernard S. Johnson #07280

**CERTIFICATE OF SERVICE**

The undersigned Counsel hereby certifies that on the 20th day of June 2023, notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record. In addition, notice was provided via email to the following counsel.

*/s/ Bernard S. Johnson*
Bernard S. Johnson #07280

Jeffrey C. Bank
jbank@wsgr.com
Wilson Sonsini Goodrich & Rosati
1700 K Street, N.W., 5th Floor
Washington, D.C. 20006
Tel: (202) 973-8800; Fax: (202) 973-8899

*Attorney for Defendant*
*Reuters News & Media Incorp.*

Leslie E. John
JohnL@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 665-8500; Fax (215) 864-8999

*Attorney for Defendant*
*The Associated Press*

Michelle A. Mantine
mmantine@reedsmith.com
Edward B. Schwartz
eschwartz@reedsmith.com
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222
Tel: (215) 665-8500; Fax (215) 864-8999

*Attorneys for Defendant*
*The British Broadcasting Corp.*