IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, <br><br> *Plaintiffs,* <br> v. <br><br> WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC., <br><br> *Defendants*. | Civil Action No. 3:23-cv-00720 <br><br> Judge Terry A. Doughty <br><br> Magistrate Judge Kayla D. McClusky |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND TIME AND FOR JOINT BRIEFING SCHEDULE**

The Court, having considered Defendant WP Company LLC d/b/a The Washington Post, Defendant The Associated Press[1], Defendant The British Broadcasting Corporation and Plaintiffs' Joint Motion to Extend Time and for Joint Briefing Schedule, hereby rules and orders as follows:

IT IS HEREBY ORDERED that the following schedule shall govern the parties:

1. The deadline for all Defendants to answer or file any motion to dismiss under Fed. R. Civ. P. 12(b)(2) and (12)(b)(6), any motion to transfer under 28 U.S.C. § 1404(a), any motion under Fed. R. Civ. P. 41(d), or any other pre-answer responsive motion (collectively referred to herein as "pre-answer responsive motions") is: Tuesday, July 11, 2023.

---

[1] The other Defendant, Reuters News & Media, Inc., likewise consents to the filing of this Joint Motion.

2. The deadline for all Plaintiffs to oppose any and all pre-answer responsive motions is: Tuesday, August 15, 2023.

3. The deadline for all Defendants to file replies in support of their pre-answer responsive motions is Tuesday, August 29, 2023 (or, if earlier, fourteen days after Plaintiffs have filed all of their oppositions to the pre-answer motions).

THUS DONE AND SIGNED, in Monroe, Louisiana, this, \_\_\_\_ day of June, 2023.

_____
Hon. Kayla D. McClusky
United States Magistrate Judge