IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, *Plaintiffs*, v. WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC., *Defendants*. | Civil Action No. 3:23-cv-00720<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT WP COMPANY LLC D/B/A THE WASHINGTON POST

NOW INTO COURT, through undersigned counsel, comes WP COMPANY LLC D/B/A THE WASHINGTON POST named as defendant who makes the following corporate disclosure statement, pursuant to F.R.C.P. 7.1:

WP COMPANY LLC D/B/A THE WASHINGTON POST is a limited liability company formed pursuant to the laws of the State of Delaware. The Post is a wholly owned subsidiary of Nash Holdings LLC. Nash Holdings LLC is privately held and does not have any outstanding securities in the hands of the public.

Dated: June 20, 2023	Respectfully submitted,

/s/ Bernard S. Johnson
Bernard S. Johnson #07280
Cook, Yancey, King & Galloway
333 Texas Street, Suite 1700 (71101)
P.O. Box 22260
Shreveport, Louisiana 71120-2260
Tel: (318) 221-6277
Fax: (318) 227-7850
Bernard.johnson@cookyancey.com

John E. Schmidtlein (*pro hac vice* forthcoming)
Thomas G. Hentoff (*pro hac vice* forthcoming)
Nicholas G. Gamse (*pro hac vice* forthcoming)
Kathryn E. Garza (*pro hac vice* forthcoming)
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
thentoff@wc.com
ngamse@wc.com
kgarza@wc.com

*Attorneys for Defendant WP Company LLC d/b/a The Washington Post*

## **CERTIFICATE OF SERVICE**

      The undersigned Counsel hereby certifies that on the 20th day of June 2023, notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record. In addition, notice was provided via email to the following counsel.

      /s/ Bernard S. Johnson
      Bernard S. Johnson #07280

| | |
|---|---|
| Michelle A. Mantine<br>mmantine@reedsmith.com<br>Edward B. Schwartz<br>eschwartz@reedsmith.com<br>Reed Smith LLP<br>225 Fifth Avenue<br>Pittsburgh, Pennsylvania 15222<br>Tel: (215) 665-8500; Fax (215) 864-8999<br><br>*Attorneys for Defendant*<br>*The British Broadcasting Corp.*<br><br>Jeffrey C. Bank<br>jbank@wsgr.com<br>Wilson Sonsini Goodrich & Rosati<br>1700 K Street, N.W., 5th Floor<br>Washington, D.C. 20006<br>Tel: (202) 973-8800; Fax: (202) 973-8899<br><br>*Attorney for Defendant*<br>*Reuters News & Media Incorp.* | Leslie E. John<br>JohnL@ballardspahr.com<br>Ballard Spahr LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 665-8500; Fax (215) 864-8999<br><br>*Attorney for Defendant The Associated Press*<br><br>. |