## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, <br><br>*Plaintiffs*, <br><br>v. <br><br>WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC. <br><br>Defendant. | Civil Action No.: 3:23-cv-00720 <br><br>District Judge Terry A. Doughty <br><br>Magistrate Judge Kayla D. McClusky |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT THE ASSOCIATED PRESS

NOW INTO COURT, through undersigned counsel, comes Defendant The Associated Press, which provides this Corporate Disclosure Statement pursuant to Local Rule 5.6 as follows:

The Associated Press is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parent corporation or publicly held corporation owning more than 10 percent of its stock.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

*/s/ Loretta G. Mince*
Loretta G. Mince, 25796
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Telephone: (504) 586-5252
Facsimile: (504) 586-5250
lmince@fishmanhaygood.com

*Counsel for The Associated Press*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Loretta G. Mince*
**LORETTA G. MINCE**