

On behalf of *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Thomas Hentoff

was duly qualified and admitted on July 9, 1993 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 09, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

EXHIBIT

A