IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE,<br><br>           *Plaintiffs*,<br>v.<br><br>WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC.,<br><br>           *Defendants*. | Civil Action No. 2:23-cv-00720<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

## ORDER

IT IS ORDERED that Thomas G. Hentoff, of the law firm Williams & Connolly LLP, be and is hereby admitted to the bar of this Court pro hac vice on behalf of defendant, WP COMPANY LLC D/B/A THE WASHINGTON POST, in the above described action.

SO ORDERED on this, the ____ day of June, 2023.

                                                                                       HON. KAYLA D. MCCLUSKY
                                                                                       U.S. MAGISTRATE JUDGE