IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, <br><br> *Plaintiffs,* <br> v. <br><br> WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC., <br><br> *Defendants.* | Civil Action No. 2:23-cv-00720 <br><br> Judge Terry A. Doughty <br><br> Magistrate Judge Kayla D. McClusky |

## MOTION TO APPEAR PRO HAC VICE BY KATHRYN E. GARZA

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of defendant, WP COMPANY LLC D/B/A THE WASHINGTON POST, in the above described action.

1.

I am ineligible to become a member of this court, but I am a member in good standing of the bar of the Court of Appeals for the District of Columbia which is the highest court of such district. Attached hereto as ***Exhibit "A"*** is a certificate of good standing from such court.

2.

Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

3.

There have been no disciplinary proceedings or criminal charges instituted against me.

4.

In accordance with the local rules for the United States District Court, Western District of Louisiana, Bernard S. Johnson, of the law firm of Cook, Yancey, King & Galloway, APLC, is appointed as local counsel.

5.

I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed. R. Civ. P. 77, Fed. R. Cr. P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter out messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____
Signature of Applying Attorney

_____
Bar Roll No. 07280
Signature of Local Counsel

**APPLYING ATTORNEY:**

| | |
|---|---|
| Name: | Kathryn E. Garza |
| Firm: | Williams & Connolly LLP |
| Address: | 680 Maine Ave., S.W. |
| | Washington, D.C. 20003 |
| Phone: | (202) 434-5000 |
| Fax: | (202) 434-5029 |

**LOCAL COUNSEL INFORMATION:**

| | |
|---|---|
| Name: | Bernard S. Johnson, Bar Roll #07280 |
| Firm: | Cook, Yancey, King & Galloway, APLC |
| Address: | 333 Texas Street, Suite 1700 |
| | Shreveport, LA 71101 |
| Phone: | (318) 221-6277 |
| Fax: | (318) 227-7850 |

Email: kgarza@wc.com                    Email: Bernard.johnson@cookyancey.com

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2023, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to CM/ECF participants. I hereby certify that I have served a copy of the foregoing on the following non-CM/ECF participants, by First-Class Mail, hand delivery and/or via email:

Jeffrey C. Bank
jbank@wsgr.com
Wilson Sonsini Goodrich & Rosati
1700 K Street, N.W., 5th Floor
Washington, D.C. 20006
Tel: (202) 973-8800; Fax: (202) 973-8899

*Attorney for Defendant*
*Reuters News & Media Incorp.*

Leslie E. John
JohnL@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 665-8500; Fax (215) 864-8999

*Attorney for Defendant*
*The Associated Press*

Michelle A. Mantine
mmantine@reedsmith.com
Edward B. Schwartz
eschwartz@reedsmith.com
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222
Tel: (215) 665-8500; Fax (215) 864-8999

*Attorneys for Defendant*
*The British Broadcasting Corp.*

Shreveport, Louisiana, this 23 day of June, 2023.

By: _____
Bernard S. Johnson, #07280

Cook, Yancey, King & Galloway
333 Texas Street, Suite 1700 (71101)
P.O. Box 22260
Shreveport, Louisiana 71120-2260
Phone: (318) 221-6277
Fax: (318) 227-7850
Email: Bernard.johnson@cookyancey.com

*Attorney for Defendant WP Company LLC*
*d/b/a The Washington Post*