IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs,* ) | Civil Action No. 2:23-cv-00720 |
| v. ) ) | Judge Terry A. Doughty |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC., ) ) ) ) ) ) ) ) | Magistrate Judge Kayla D. McClusky |
| *Defendants.* ) | |

## ORDER

IT IS ORDERED that Kathryn E. Garza, of the law firm Williams & Connolly LLP, be and is hereby admitted to the bar of this Court pro hac vice on behalf of defendant, WP COMPANY LLC D/B/A THE WASHINGTON POST, in the above described action.

SO ORDERED on this, the ____ day of June, 2023.

HON. KAYLA D. MCCLUSKY
U.S. MAGISTRATE JUDGE