IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE,<br><br>*Plaintiffs,*<br>v.<br><br>WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC.,<br><br>*Defendants.* | Civil Action No. 2:23-cv-00720<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

## ORDER

IT IS ORDERED that John E. Schmidtlein, of the law firm Williams & Connolly LLP, be and is hereby admitted to the bar of this Court pro hac vice on behalf of defendant, WP COMPANY LLC D/B/A THE WASHINGTON POST, in the above described action.

SO ORDERED on this, the 26th day of June, 2023.

_____
HON. KAYLA D. MCCLUSKY
U.S. MAGISTRATE JUDGE