# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, <br><br> *Plaintiffs,* <br> v. <br><br> WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC., <br><br> *Defendants.* | Civil Action No. 2:23-cv-00720 <br><br> Judge Terry A. Doughty <br><br> Magistrate Judge Kayla D. McClusky |

## ORDER

IT IS ORDERED that Thomas G. Hentoff, of the law firm Williams & Connolly LLP, be and is hereby admitted to the bar of this Court pro hac vice on behalf of defendant, WP COMPANY LLC D/B/A THE WASHINGTON POST, in the above described action.

SO ORDERED on this, the 26th day of June, 2023.

_____
HON. KAYLA D. MCCLUSKY
U.S. MAGISTRATE JUDGE