UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **Children's Health Defense, Trialsite, Inc., Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Dr. Ben Tapper, Ben Swann, Dr. Joseph Mercola, Ty Bollinger, Charlene Bollinger, and Jeff Crouere**<br><br>*Plaintiffs*,<br><br>— against —<br><br>**WP Company, LLC (D/B/A The Washington Post), The British Broadcasting Corp., The Associated Press, and Reuters News & Media, Inc.,**<br><br>*Defendants*. | Civil Action No. 3:23-cv-00720<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
THE BRITISH BROADCASTING CORPORATION**

Pursuant to Rule 7.1(a), Defendant The British Broadcasting Corporation ("BBC") states that it has no parent corporation or publicly held corporation owning 10 percent or more of its stock.

Respectfully Submitted:

Dated: July 2, 2023
Monroe, Louisiana

**HUDSON, POTTS & BERNSTEIN, L.L.P.**

*/s/ Jan P. Christiansen*
Jan P. Christiansen
(*Bar Roll No. 20142*)
G. Adam Cossey
(*Bar Roll No. 31678*)
P.O. Drawer 3008
Monroe, LA 71210-3008
318-388-4400

**REED SMITH LLP**

Edward B. Schwartz
(*pro hac vice forthcoming*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, D.C., 20005
eschwartz@reedsmith.com

Michelle A. Mantine
(*pro hac vice forthcoming*)
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA, 15222
mmantine@reedsmith.com

Casey J. Olbrantz
(*pro hac vice forthcoming*)
599 Lexington Avenue
New York, NY 10022
colbrantz@reedsmith.com

*Counsel for The British Broadcasting Corporation*