# EXHIBIT 1



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### Leslie Ellen John, Esq.

DATE OF ADMISSION

November 25, 1991

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 27, 2023

Patricia A. Johnson
Chief Clerk