# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 3:23-cv-00720 |
| v. | ) Judge Terry A. Doughty |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, *et al.*, | ) Magistrate Judge Kayla D. McClusky |
| Defendants. | ) |

## ORDER

IT IS ORDERED that Jay Ward Brown be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendant The Associated Press in the above-described action.

SO ORDERED on this, the _____ day of _____, 2023.

_____
U.S. Magistrate Judge