# EXHIBIT 1

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JAY WARD BROWN IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. BROWN WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 1, 1992, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued March 1, 2023

*DaVida M. Davis*
DaVida M. Davis
Director of Regulatory Compliance