IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CHILDREN'S HEALTH DEFENSE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:23-cv-00720 |
| | ) | |
| v. | ) | Judge Terry A. Doughty |
| | ) | |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, *et al.*, | ) | Magistrate Judge Kayla D. McClusky |
| | ) | |
| Defendants. | ) | |

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules of the United States District Court, Western District of Louisiana, application is made for Elizabeth P. Weissert to be admitted pro hac vice to the bar of this Court for the purpose of appearing on behalf of Defendant The Associated Press in the above-described action.

- I am ineligible to become a member of this Court, but I am a member in good standing of the Supreme Court of Pennsylvania, which is the highest court of such state. Attached hereto as Exhibit 1 is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the Court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Loretta G. Mince of the firm Fishman Haygood LLP is

DMFIRM #408404941 v2

- appointed as local counsel.

- I authorize the Clerk of the Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, L.R. 5.7.10.  I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter out messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Dated: July 5, 2023                                                                         Respectfully submitted,


_____                         _____
Signature of Applying Attorney                                    Signature of Local Counsel


PLEASE TYPE OR PRINT LEGIBLY:                    LOCAL COUNSEL INFORMATION:

Name:   Elizabeth P. Weissert                                   Name:   Loretta G. Mince
Firm:   Ballard Spahr LLP                                          Firm:   Fishman Haygood LLC
Address:   1735 Market Street, 51st Floor                Address:   201 St. Charles Avenue, Suite 4600
               Philadelphia, PA 19103                                          New Orleans, LA 70170
Telephone:   (215) 665-8500                                    Telephone:   (504) 586-5273
Fax:   (215) 864-8999                                               Fax:   (504) 586-5250
E-mail:   weisserte@ballardspahr.com                    E-mail:   lmince@fishmanhaygood.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2023, I presented the foregoing Motion for Admission Pro Hac Vice to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record, and I hereby certify that I have served a copy of this filing via First-Class Mail and/or electronic mail to the following non-CM/ECF participants:

Jeffrey C. Bank
jbank@wsgr.com
WILSON SONSINI GOODICH & ROSATI
1700 K Street NW, 5th Floor
Washington, D.C. 20006
Tel: (202) 973-8800; Fax (202) 973-8899

*Attorneys for Reuters News & Media Incorp.*

Michelle A. Mantine
mmantine@reedsmith.com
Edward B. Schwartz
eschwartz@reedsmith.com
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222
Tel: (215) 665-8500; Fax (215) 864-8999

*Attorneys for The British Broadcasting Corp.*

*Loretta G. Mince*
_____
Signature

Name: Loretta G. Mince
Firm: Fishman Haygood LLC
Address: 201 St. Charles Avenue, Suite 4600
         New Orleans, LA 70170
Telephone: (504) 586-5273
Fax: (504) 586-5250
E-mail: lmince@fishmanhaygood.com