# EXHIBIT 1



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Elizabeth Parker Weissert, Esq.*

DATE OF ADMISSION

*October 17, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 1, 2023

Elizabeth E. Zisk
Chief Clerk