UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, ET AL | CIVIL ACTION NO. 3:23-CV-00720 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| WP COMPANY, LLC, ET AL | MAG. JUDGE KAYLA D. McCLUSKY |

**ORDER**

IT IS ORDERED that Jeffrey C. Bank be and is hereby admitted to the bar of this Court pro hac vice on behalf of defendant, Reuters News & Media Inc., in the above described action.

SO ORDERED on this, the _____ day of July, 2023.

_____
U.S. Magistrate Judge