IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 3:23-cv-00720 |
| v. | ) Judge Terry A. Doughty |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, *et al.*, | ) Magistrate Judge Kayla D. McClusky |
| Defendants. | |

**ORDER**

IT IS ORDERED that Elizabeth P. Weissert be and is hereby admitted to the bar of this Court pro hac vice on behalf of Defendant The Associated Press in the above-described action.

SO ORDERED on this, the 10th day of July, 2023.

_____
U.S. Magistrate Judge