IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, <br><br> Plaintiffs, <br> v. <br><br> WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA INC., <br><br> Defendants. | Civil Action No. 3:23-cv-00720 <br><br> Judge Terry A. Doughty <br><br> Magistrate Judge Kayla D. McClusky |

**DEFENDANT REUTERS NEWS & MEDIA INC.'S
EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Reuters News & Media Inc., and with respect move this Honorable Court for an order permitting and authorizing William P. Gibbens (La. Bar # 27225) of the law firm Schonekas, Evans, McGoey & McEachin, LLC, to enroll as additional counsel of record for Reuters in this matter.

**WHEREFORE**, the defendant, Reuters News & Media Inc., prays that William P. Gibbens of the law firm Schonekas, Evans, McGoey & McEachin, LLC be enrolled as additional counsel of record on its behalf in this matter.

Respectfully submitted,

*Thomas M. McEachin*
Thomas M. McEachin, 26412
William P. Gibbens, 27225
Andrea V. Timpa, 29455
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone:  (504) 680-6050
Facsimile:  (504) 680-6051
thomas@semmlaw.com
billy@semmlaw.com
andrea@semmlaw.com

and

Jeffrey C. Bank (*pro hac vice* pending)
jbank@wsgr.com
Allison B. Smith (*pro hac vice* pending)
allison.smith@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: 202-973-8800
Facsimile: 866-974-7329

*Attorneys for Defendant Reuters News & Media Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/Thomas M. McEachin
Thomas M. McEachin