# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE,<br><br>                  Plaintiffs,<br>    v.<br><br>WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA INC.,<br><br>                  Defendants. | Civil Action No. 3:23-cv-00720<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

## ORDER

CONSIDERING THE FOREGOING MOTION:

**IT IS ORDERED** that William P. Gibbens of the law firm Schonekas, Evans, McGoey & McEachin, LLC be and is hereby enrolled as additional counsel of record on behalf of defendant, Reuters News & Media Inc.

Monroe, Louisiana, this _____ day of _____, 2023.

.

                                                                        U. S. DISTRICT COURT JUDGE