UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

CHILDREN'S HEALTH DEFENSE, ET AL    CIVIL ACTION NO. 3:23-CV-00720

VERSUS                              JUDGE TERRY A. DOUGHTY

WP COMPANY, LLC, ET AL              MAG. JUDGE KAYLA D. McCLUSKY


**ORDER**

IT IS ORDERED that Allison B. Smith be and is hereby admitted to the bar of this Court

pro hac vice on behalf of defendant, Reuters News & Media Inc., in the above described action.

SO ORDERED on this, the 11th day of July, 2023.


_____
U.S. Magistrate Judge