Case 3:23-cv-00720-TAD-KDM   Document 39   Filed 07/11/23   Page 1 of 2 PageID #: 235

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **Children's Health Defense, Trialsite, Inc., Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Dr. Ben Tapper, Ben Swann, Dr. Joseph Mercola, Ty Bollinger, Charlene Bollinger, and Jeff Crouere**<br><br>*Plaintiffs*,<br><br>— against —<br><br>**WP Company, LLC (D/B/A The Washington Post), The British Broadcasting Corp., The Associated Press, and Reuters News & Media, Inc.,**<br><br>*Defendants*. | Civil Action No. 3:23-cv-00720<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

### THE BRITISH BROADCASTING CORPORATION'S MOTION TO DISMISS

Defendant The British Broadcasting Corporation ("BBC") files this Motion to Dismiss pursuant to Rule 12(b)(2) and requests that the Court dismiss the BBC from the action with prejudice. This motion is accompanied by: (i) a memorandum that sets forth the BBC's supporting arguments and authorities, and (ii) the Declaration of Jonathan Munro and supporting exhibits. A printed courtesy copy of these documents will be delivered to Chambers.

WHEREFORE, the BBC requests that the Court dismiss the BBC from the action with prejudice and grant further relief as the Court deems just and proper.

- 2 -

Respectfully Submitted:

| | |
|---|---|
| Dated: July 11, 2023<br>Monroe, Louisiana | **HUDSON, POTTS &<br>BERNSTEIN, L.L.P.** |

*/s/ Jan P. Christiansen*
Jan P. Christiansen
(*Bar Roll No. 20142*)
G. Adam Cossey
(*Bar Roll No. 31678*)
P.O. Drawer 3008
Monroe, LA 71210-3008
318-388-4400

**REED SMITH LLP**

Edward B. Schwartz
(*pro hac vice forthcoming*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, D.C., 20005
eschwartz@reedsmith.com

Michelle A. Mantine
(*pro hac vice forthcoming*)
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA, 15222
mmantine@reedsmith.com

Casey J. Olbrantz
(*pro hac vice forthcoming*)
599 Lexington Avenue
New York, NY 10022
colbrantz@reedsmith.com

*Counsel for The British
Broadcasting Corporation*