# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, | ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | Civil Action No. 3:23-cv-00720 |
| v. | ) ) | |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC., | ) ) ) ) ) ) ) | |
| *Defendants.* | | |

**DECLARATION OF PETER WALLSTEN**

I, PETER WALLSTEN, first being duly sworn, declare as follows:

1. I submit this declaration in support of Defendants' Motion to Transfer in the above-captioned matter. I have personal knowledge of the facts set forth herein.

2. I currently serve as the Senior National Investigations Editor of the Washington Post ("the Post"), and have worked at the Post since 2010.

3. The Post's principal place of business and the location of the substantial majority of its employees is at its headquarters located at 1301 K St. NW, Washington, D.C. 20071.

4. The Post also has an office in New York, NY.

5.  I am familiar with the Trusted News Initiative ("TNI"), which was an initiative organized by the British Broadcasting Corporation ("BBC") with a goal of improving trust in news. The BBC invited the Post and other news organizations and companies from around the world to participate in occasional meetings.

6.  The Post's involvement in the Trusted News Initiative ("TNI") was limited. From the time the Post was initially approached about the TNI in 2020, the Post has had only two liaisons to the TNI, including myself.

7.  The Post's first liaison to the TNI's occasional meetings was former Post Director of News Product Greg Barber. Mr. Barber worked out of the Post's office in Washington, D.C. To the best of my knowledge, to the extent Mr. Barber attended the TNI meetings, he did so virtually from in or near Washington, D.C.

8.  In late March 2021, the TNI hosted a Trust in News virtual conference. The Post's Senior Managing Editor at the time, Cameron Barr, participated as a panelist in a session entitled "The Threat to Democracy." Mr. Barr attended this panel virtually from Washington, D.C. I understand that this was Mr. Barr's only involvement in any TNI event or meeting.

9.  Mr. Barber left the Post in October 2021. He continues to reside in the Washington, D.C. region, in Arlington, Virginia.

10.  Mr. Barr left the Post in June 2023. Although Mr. Barr resided in Washington, D.C. while at the Post, I understand that he now plans to relocate to England.

11.  Sometime after Mr. Barber's departure, I assumed the role as the Post's liaison to the TNI. I work out of the Post's office in Washington, D.C. To the extent I attended the TNI meetings, I did so virtually from Washington, D.C. I have not attended more than a few meetings total, and that the Post otherwise has had no representative at the TNI meetings.

12. To the best of my knowledge, any documents related to the Post's involvement in the TNI would be held at the Post's Washington, D.C. office.

13. In sum, the three most knowledgeable witnesses regarding the Post's participation in the TNI, and any related documentary evidence, are all located in or near Washington, D.C. (and one of the three witnesses plans to relocate to England).

14. To the best of my knowledge, the Post has conducted no activities relating to the TNI in Louisiana, and no Post employee conducted any TNI activities from Louisiana.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on July 7, 2023.

_____

PETER WALLSTEN