IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, <br><br> *Plaintiffs,* <br> v. <br><br> WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC., <br><br> *Defendants*. | Civil Action No. 3:23-cv-00720 <br><br> Judge Terry A. Doughty <br><br> Magistrate Judge Kayla D. McClusky |

**[PROPOSED] ORDER GRANTING THE ASSOCIATED PRESS, REUTERS NEWS & MEDIA INC., AND WP COMPANY LLC'S MOTION TO TRANSFER**

The Court, having considered the Associated Press, Reuters News & Media Incorporated, and WP Company LLC d/b/a The Washington Post's Motion to Transfer, and the brief in support of the Motion, hereby rules and orders as follows:

IT IS HEREBY ORDERED that the Motion is GRANTED and that this case be TRANSFERRED to the United States District Court for the [Southern District of New York / District of Columbia].

IT IS SO ORDERED.

Dated: _____          By: _____
                                              Hon. Terry A. Doughty
                                              United States District Judge