UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CHILDRENS HEALTH DEFENSE ET AL** | **CASE NO. 3:23-CV-00720** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **W P CO ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## AMENDED NOTICE OF MOTION SETTING

Please take notice that the Motion to Dismiss for Lack of Jurisdiction; Motion to Dismiss for Failure to State a Claim, Motion to Transfer Case (Document No. 39, 41 & 42) filed by British Broadcasting Corp, Associated Press, British Broadcasting Corp, Reuters News & Media Inc, W P Co, Associated Press, Reuters News & Media Inc, W P Co on July 11, 2023 has been set before the Honorable Terry A. Doughty.

### Deadlines

Any party may file a memorandum in opposition to the motions by August 15, 2023. The deadline for movants to **file a reply memorandum** is August 29, 2023 (or, if earlier, **fourteen (14) days** after movants have filed all of their oppositions to the pre-answer motions, within **(fourteen (14) days** after the opposition to the motion is filed. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

### No Oral Argument

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

### Courtesy Copies Required

An electronic copy of the motion and memoranda only shall be e-mailed in Word Format to: Doughty_motions@lawd.uscourts.gov. If attachments are 15 pages or less, they may also be e-mailed. If attachments exceed 15 pages, paper copies shall be provided to chambers:

> Hon. Terry A. Doughty
> United States District Judge
> 201 Jackson Street, Suite 215
> Monroe, Louisiana 71201

**DATE OF NOTICE: July 12, 2023**

> TONY R. MOORE
> CLERK OF COURT