UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **Children's Health Defense, Trialsite, Inc., Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Dr. Ben Tapper, Ben Swann, Dr. Joseph Mercola, Ty Bollinger, Charlene Bollinger, and Jeff Crouere**<br><br>*Plaintiffs*,<br><br>— against —<br><br>**WP Company, LLC (D/B/A The Washington Post), The British Broadcasting Corp., The Associated Press, and Reuters News & Media, Inc.,**<br><br>*Defendants*. | Civil Action No. 3:23-cv-00720<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court to appear on behalf of **The British Broadcasting Corporation** in the above-described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the District of Columbia. Attached hereto is a certificate of good standing from that court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Jan P. Christiansen of the firm of Hudson, Potts & Bernstein is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed. R. Civ. P. 77, Fed. R. Cr. P. 49, LR 5.7.10.  I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

| _____ | /s/ Jan P. Christiansen |
| Signature of Applying Attorney | Signature of Local Counsel |
| Applying attorney must sign.  No "s/ signature" accepted. | Local counsel may use typed "s/ signature" and must file electronically. |

| APPLYING ATTORNEY | | LOCAL COUNSEL INFORMATION: | |
|---|---|---|---|
| Name: | Edward B. Schwartz | Name: | Jan P. Christiansen |
| Firm: | REED SMITH, LLP | Firm: | Hudson, Potts & Bernstein |
| Address: | 1301 K Street, N.W. | Address: | 1800 Hudson Lane, Suite 300 |
| | Washington, D.C. 20005 | | Monroe, LA 71201 |
| Telephone: | (202) 414-9179 | Telephone: | (318) 388-4400 |
| Fax: | (202) 414-9299 | Fax: | (318) 388-2758 |
| Email: | eschwartz@reedsmith.com | Email: | jpchris@hpblaw.com |
| Additional Emails: | | Additional Emails | |