UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **Children's Health Defense, Trialsite, Inc., Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Dr. Ben Tapper, Ben Swann, Dr. Joseph Mercola, Ty Bollinger, Charlene Bollinger, and Jeff Crouere** *Plaintiffs*, — against — **WP Company, LLC (D/B/A The Washington Post), The British Broadcasting Corp., The Associated Press, and Reuters News & Media, Inc.,** *Defendants.* | Civil Action No. 3:23-cv-00720<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

**ORDER**

IT IS ORDERED that Edward B. Schwartz be and is hereby admitted to the bar of this Court pro hac vice on behalf of **The British Broadcasting Corporation** in the above described action.

SO ORDERED on this, the _____ day of July, 2023.

_____
U.S. Magistrate Judge