UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**Children's Health Defense, Trialsite, Inc., Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Dr. Ben Tapper, Ben Swann, Dr. Joseph Mercola, Ty Bollinger, Charlene Bollinger, and Jeff Crouere**

*Plaintiffs*,

— against —

**WP Company, LLC (D/B/A The Washington Post), The British Broadcasting Corp., The Associated Press, and Reuters News & Media, Inc.,**

*Defendants.*

Civil Action No. 3:23-cv-00720

Judge Terry A. Doughty

Magistrate Judge Kayla D. McClusky

**MOTION TO APPEAR PRO HAC VICE**

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted pro hac vice to the bar of this court to appear on behalf of **The British Broadcasting Corporation** in the above-described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the State of Pennsylvania. Attached hereto is a certificate of good standing from that court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Jan P. Christiansen of the firm of Hudson, Potts & Bernstein is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed. R. Civ. P. 77, Fed. R. Cr. P. 49, LR 5.7.10.  I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

_____  
Signature of Applying Attorney

/s/ Jan P. Christiansen  
_____  
Signature of Local Counsel

Applying attorney must sign.  No "s/ signature" accepted.

Local counsel may use typed "s/ signature" and must file electronically.

APPLYING ATTORNEY  
Name:      Michelle A. Mantine  
Firm:      REED SMITH, LLP  
Address:   225 Fifth Avenue  
           Pittsburgh, PA 15222  
Telephone: (412) 288-4268  
Fax:       (412) 288-3063  
Email:     mmantine@reedsmith.com  
Additional Emails:

LOCAL COUNSEL INFORMATION:  
Name:      Jan P. Christiansen  
Firm:      Hudson, Potts & Bernstein  
Address:   1800 Hudson Lane, Suite 300  
           Monroe, LA 71201  
Telephone: (318) 388-4400  
Fax:       (318) 388-2758  
Email:     jpchris@hpblaw.com  
Additional Emails