

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Michelle Ann Mantine, Esq.*

#### DATE OF ADMISSION

*October 20, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 30, 2023

*Nicole Traini*
Nicole Traini
Chief Clerk