IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, <br><br> Plaintiffs, <br> v. <br><br> WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA INC., <br><br> Defendants. | Civil Action No. 3:23-cv-00720 <br><br> Judge Terry A. Doughty <br><br> Magistrate Judge Kayla D. McClusky |

**ORDER**

CONSIDERING THE FOREGOING MOTION:

**IT IS ORDERED** that William P. Gibbens of the law firm Schonekas, Evans, McGoey & McEachin, LLC be and is hereby enrolled as additional counsel of record on behalf of defendant, Reuters News & Media Inc.

Monroe, Louisiana, this 12th day of July, 2023.

_____
U. S. MAGISTRATE JUDGE