# EXHIBIT A

Scheduling Order,
*Children's Health Defense v. The Washington Post*,
No. 2:23-CV-004-Z (N.D. Tex. Feb. 23, 2023) (ECF 24)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| CHILDREN'S HEALTH DEFENSE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:23-CV-004-Z |
| THE WASHINGTON POST CO., *et al.*, | § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is WP Company LLC's Consent Motion to Extend Time and for Joint Briefing Schedule ("Motion") (ECF No. 19), filed on February 17, 2023. Having considered the Motion and relevant law — and because the Motion is unopposed — the Court **GRANTS** the Motion and **ORDERS** the following:

- Defendants must answer or otherwise respond to the Complaint or First Amended Complaint **on or before April 18, 2023**;

- Plaintiffs must respond to Defendants' motions or amend the Complaint **on or before June 19, 2023**;

- if Plaintiffs oppose the responsive motions, Defendants must file any reply **on or before July 12, 2023**; and

- if Plaintiffs instead file a Second Amended Complaint, Defendants must file any responsive motions **on or before July 19, 2023**. Plaintiffs must file any opposition to those motions **on or before August 18, 2023**. Defendants must file any reply **on or before September 11, 2023**.

Additionally, the Court **DENIES** The Associated Press's Unopposed Motion for Extension of Time to File Answer (ECF No. 18) as moot.

**SO ORDERED.**

February 23, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE