UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| **CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, AND JEFF CROUERE,** | CIVIL ACTION NO. 3:23-cv-00720 |
| *Plaintiffs*, | Judge Terry A. Doughty |
| v. | Magistrate Judge Kayla D. McClusky |
| **WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS & REUTERS NEWS AND MEDIA INC.,** | |
| *Defendants*. | |

---

## DECLARATION OF JEFF CROUERE

Pursuant to 28 U.S.C. § 1746, I, Jeff Crouere, declare as follows:

1. I am a political analyst, columnist, and radio and television personality. Since January 1999, I have hosted Ringside Politics, an award-winning radio program in New Orleans, Louisiana, with a corresponding television version, dedicated to examining the top issues of the day on the local, state, national and international levels. Ringside Politics offers listeners political debate, commentary, and analysis, including exploring critical issues from every point of view with a wide variety of callers.

2. I am one of the Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Brief in Opposition to Defendants' Venue Transfer Motion.

3. I am older than 18 years of age. I make this declaration freely and based upon my own knowledge. If called upon to testify to the matters set forth in this declaration, I could and would do so competently.

4. I am based in Louisiana.

5. The majority of my radio listeners and viewers of my television show are based in Southern Louisiana, including those Southern Louisiana parishes located within the territory of the United States District Court for the Western District of Louisiana.

6. The majority of advertisers and sponsors for my radio and television programs are located in Southern Louisiana, including those Southern Louisiana parishes located within the territory of the United States District Court for the Western District of Louisiana.

7. My regular column is picked up in newspapers throughout Louisiana, including within the territory of the United States District Court for the Western District of Louisiana.

8. I write and have written for Louisiana-based websites, which appeal to residents throughout Louisiana, including within the territory of the United States District Court for the Western District of Louisiana.

9. The actions of the Defendants in this case, including the intentional suppression of my speech, have caused me financial damages—for example, when Facebook, a non-party member of the conspiracy, shut down my largest page in the middle of my promoting a townhall event on the Real America's Voice network. Losing the capacity to promote my events and programs costs me advertisers and sponsors. These financial damages have affected me and my business in Louisiana.

2

10. The actions of the Defendants in this case, including the intentional suppression of my speech, have caused me reputational harm, which is felt in Louisiana, where I am based.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Aug. 14, 2023

*Jeff Crouere*
_____
JEFF CROUERE

2