UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

---

**CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, AND JEFF CROUERE,**

*Plaintiffs*,

v.

**WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS & REUTERS NEWS AND MEDIA INC.,**

*Defendants.*

---

CIVIL ACTION NO. 3:23-cv-00720

Judge Terry A. Doughty

Magistrate Judge Kayla D. McClusky

## DECLARATION OF DR. JOSEPH MERCOLA

Pursuant to 28 U.S.C. § 1746, I, Dr. Joseph Mercola, declare as follows:

1. I am the founder and owner of Mercola.com, a website providing natural-health and wellness news and updates. I am a board-certified family medicine osteopathic physician, three-time *New York Times* bestselling author, fellow of the American College of Nutrition since October 2012, and former Chairman of the Family Medicine Department at St. Alexius Medical Center.

2. I submit this declaration in support of Plaintiffs' Brief in Opposition to Defendants' Venue Transfer Motion.

3. I am older than 18 years of age. I make this declaration freely and based upon my own knowledge. If called upon to testify to the matters set forth in this declaration, I could and would do so competently.

4. Mercola.com is a reliable source of health articles, wellness products, medical news, and a free natural-health newsletter that I research and write.

5. The actions of the Defendants in this case, including the intentional suppression of Mercola.com, have caused financial damages to me and my business interests. At least the following injuries are tied to actions taken by Defendants in furtherance of their conspiracy: the suppression of my articles and Mercola.com from appearing in reader searches, resulting in declining readership; the de-platforming of my affiliated YouTube channel; and the removal of various social media accounts under my name on Facebook and elsewhere.

6. My online presence, both at Mercola.com and on social media, is monetized. Social media drives traffic to Mercola.com, and Mercola.com in turn links to my affiliated health and wellness store.

7. Mercola.com has a substantial readership based in Louisiana, which includes the territory of the United States District Court for the Western District of Louisiana.

8. Since the formation of the TNI conspiracy, and at times in direct connection with actions taken by members of that conspiracy, readership in Louisiana has declined, as fewer Louisiana residents are directed to Mercola.com or know how/why to seek out Mercola.com. Injury to my business and financial interests has therefore emanated from Louisiana.

I declare under penalty of perjury that the foregoing is true and correct.

_____*Joseph Mercola*_____                     _____Aug. 14, 2023_____
DR. JOSEPH MERCOLA                                 DATE

2