UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, AND JEFF CROUERE, <br><br> *Plaintiffs*, <br><br> v. <br><br> WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS & REUTERS NEWS AND MEDIA INC., <br><br> *Defendants.* | CIVIL ACTION NO. 3:23-cv-00720 <br><br> Judge Terry A. Doughty <br><br> Magistrate Judge Kayla D. McClusky |

---

## DECLARATION OF DANIEL O'CONNOR

Pursuant to 28 U.S.C. § 1746, I, Daniel O'Connor, declare as follows:

1. I am the founder of TrialSite, Inc., a Plaintiff in the above-captioned case, which is a medical news company incorporated and headquartered in Utah and the publisher of the news site TrialSite News.

2. TrialSite News is a website presenting independent biomedical research-focused journalism, news, and information aggregation to a global audience. TrialSite News publishes news, analysis and commentary with a special focus on clinical trials in the life sciences.

3. TrialSite, Inc. is one of the Plaintiffs in the above-captioned action. I submit this declaration in support of Plaintiffs' Brief in Opposition to Defendants' Venue Transfer Motion.

4. I am older than 18 years of age. I make this declaration freely and based upon my own knowledge. If called upon to testify to the matters set forth in this declaration, I could and would do so competently.

5. TrialSite News has a substantial community of readers based in the territory of the United States District Court for the Western District of Louisiana. We know this based on the location of credit card payments submitted to TrialSite News, which are made in order to give readers access to premium subscription-based content.

6. The actions of the Defendants in this case, including the intentional suppression of TrialSite News, have caused financial damages to TrialSite, Inc.

7. Readers of TrialSite News are seekers of independent biomedical research sources. The suppression of TrialSite, Inc.'s speech by the conspiracy alleged in this lawsuit, the Trusted News Initiative, leaves such readers less likely to find TrialSite News, causing financial harm.

8. This financial harm emanates from the territory of the United States District Court for the Western District of Louisiana as from all territories where TrialSite News readers are or could be located.

I declare under penalty of perjury that the foregoing is true and correct.

_____        _____Aug. 14, 2023_____
DANIEL O'CONNOR                        DATE

1