# EXHIBIT A

Docket in *Fontenot v. Mullins Mfg. Co. Inc.*,
6:94-cv-01676-RTH-PAT (W.D. La.)

Query    Reports    Utilities    Help    Log Out

CLOSED

## U.S. District Court
## Western District of Louisiana (Lafayette)
## CIVIL DOCKET FOR CASE #: 6:94-cv-01676-RTH-PAT

Fontenot v. Mullins Mfg Co Inc
Assigned to: Judge Richard T Haik, Sr
Referred to: Magistrate Judge Pamela A Tynes
Demand: $50,000
Case in other court: 27th JDC, 94-C-3219-D
                                95-31013
Cause: 28:1441 Petition for Removal- Injunctive/Declarato

Date Filed: 09/09/1994
Date Terminated: 06/30/1997
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### Plaintiff

**Hubert Fontenot**
*doing business as*
Fontenots Meter Clock Service Inc

represented by **Aaron Frank McGee**
531 N 6th
Eunice, LA 70535
337-948-0586
*TERMINATED: 04/21/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Gerard Caswell**
P O Box 1600
Eunice, LA 70535
337-457-7378
Fax: 337-457-5213
Email: caswelllaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron F McGee , IV**
P O Box 211082
Bedford, TX 76095
817-313-5447
Fax: 817-628-1661
Email: afm@hush.com
*TERMINATED: 04/21/1997*

V.

### Defendant

**Mullins Manufacturing Co Inc**

represented by **Mullins Manufacturing Co Inc**
c/o T Stuart Ducote
5326 W Ledbetter Dr
Dallas, TX 75236
214-934-0095
PRO SE

**Donald E Theriot**
22990 Arcadia Rd
Pass Christian, MS 39571
504-610-5328
Email: detheriot@cableone.net
*TERMINATED: 01/17/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P Arata**
Jones Swanson et al
601 Poydras St Ste 2655
New Orleans, LA 70130
504-523-2500
Email: marata@jonesswanson.com
*TERMINATED: 01/17/1997*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/1994 |  | FILING FEE paid; Amount of fee $ 120 Receipt # 61335 . Case referred to Magistrate Judge Pamela A. Tynes (Lundy, N) (Entered: 09/12/1994) |
| 09/09/1994 |  | CASE ASSIGNED to Magistrate Judge Pamela A Tynes for Discovery (Dean, S) (Entered: 09/14/1994) |
| 09/09/1994 |  | COMPLAINT filed in 27th JDC, St Landry Parish; #94-C-3219-D (Dean, S) (Entered: 09/14/1994) |
| 09/09/1994 | 1 | NOTICE OF REMOVAL by Mullins Mfg Co Inc from 27th JDC, St Landry Parish; #94-C-3219-D (Dean, S) (Entered: 09/14/1994) |
| 09/09/1994 | 2 | NOTICE by Mullins Mfg Co Inc to Adverse Party of Filing of Notice of Removal (Dean, S) (Entered: 09/14/1994) |
| 09/15/1994 | 3 | ORDER of removal . (signed by Magistrate Judge Robert H Shemwell) NOE by: sjd (Dean, S) (Entered: 09/15/1994) |
| 09/28/1994 | 4 | RESPONSE by Mullins Mfg Co Inc to [3-1] order of removal w/ new pleadings (titled "Certificate of Compliance") (former employee) Modified on 09/09/1996 (Entered: 09/28/1994) |
| 09/28/1994 |  | RETURN OF SERVICE executed as to Mullins Mfg Co Inc, 5326 West Ledbetter Dr, Dallas, TX 75236 on 8/15/94 by certified mail w/ return receipt in state court. Answer due on 9/6/94 for Mullins Mfg Co Inc (former employee) (Entered: 09/09/1996) |
| 10/03/1994 | 5 | MOTION w/ brief by Hubert Fontenot to remand to the 27th JDC, Parish of St. Landry, State of LA , [5-1] motion set for 11/8/94 before Judge Richard J. Putnam. Notice issued. (former employee) (Entered: 10/04/1994) |
| 10/14/1994 | 6 | MEMORANDUM by Mullins Mfg Co Inc in opposition to [5-1] motion to remand to the 27th JDC, Parish of St. Landry, State of LA (former employee) (Entered: 10/14/1994) |
| 12/15/1994 | 7 | MEMORANDUM RULING denying [5-1] motion to remand to the 27th JDC, Parish of St. Landry, State of LA due to this Court has federal question jurisdiction pursuant to 28 USC 1337 and 1331 (signed by Judge Richard J. Putnam) NOE by: gb (former employee) (Entered: 12/16/1994) |

| Date | # | Description |
|---|---|---|
| 01/13/1995 | 8 | MOTION w/ brief by Mullins Mfg Co Inc to dismiss for lack of personal jurisdiction, improper venue and insufficiency of service , [8-1] motion set for 2/14/95 before Judge Richard J. Putnam. Notice issued. (former employee) (Entered: 01/13/1995) |
| 01/17/1995 | 9 | AFFIDAVIT by Mullins Mfg Co Inc of T Stuart Ducote Re: [8-1] motion to dismiss for lack of personal jurisdiction, improper venue and insufficiency of service (former employee) (Entered: 01/17/1995) |
| 01/27/1995 | 10 | RESPONSE by Hubert Fontenot to [8-1] motion to dismiss for lack of personal jurisdiction, improper venue and insufficiency of service (Dean, S) (Entered: 01/27/1995) |
| 01/27/1995 | 11 | MEMORANDUM by Hubert Fontenot in opposition to [8-1] motion to dismiss for lack of personal jurisdiction, improper and insufficiency of service (Dean, S) (Entered: 01/27/1995) |
| 02/08/1995 | 12 | SUPPLEMENTAL memorandum by Mullins Mfg Co Inc in support of [8-1] motion to dismiss for lack of personal jurisdiction, improper venue and insufficiency of service (former employee) (Entered: 02/09/1995) |
| 08/30/1995 | 13 | RULING: on review of the entire file and exhibits attached thereto, the court finds that the defendant has not established minimum contacts with Louisiana and thus not availed itself of the benefits and protection of Louisiana; therefore, the court does not have jurisdiction over the defendant in this case; accordingly, defendant's [8-1] motion to dismiss for lack of personal jurisdiction, improper venue and insufficiency of service is GRANTED (signed by Judge Richard J Putnam) NOE by: gb (former employee) (Entered: 08/31/1995) |
| 08/30/1995 |  | Case closed (see pleading #13) (former employee) (Entered: 08/31/1995) |
| 10/02/1995 | 14 | NOTICE OF APPEAL by Hubert Fontenot from ruling entered 8/31/95 by Judge Richard J Putnam. Fee Status PAID, Filing fee $105.00, Receipt #64819; Appeal Record Due on 10/17/95 (Reynolds, D) (Entered: 10/03/1995) |
| 10/03/1995 |  | TRANSMITTAL of Notice of Appeal and Certified Copy of Docket to USCA: [14-1] appeal NOE to Judge Richard J Putnam, Courtroom Deputy and Attorneys: Michael P Arata, Aaron F McGee IV, Adam Gerard Caswell, Aaron Frank McGee (Reynolds, D) (Entered: 10/03/1995) |
| 10/11/1995 |  | NOTICE of Docketing ROA from USCA Re: [14-1] appeal USCA NUMBER: 95-31013 (Reynolds, D) (Entered: 10/11/1995) |
| 10/17/1995 |  | TRANSMITTED record on appeal to U.S. Court of Appeals: [14-1] appeal; consisting of 1 Volume of Record, 0 Containers of Exhibits, 0 Volumes of Transcript. NOE to Judge Richard J Putnam, Courtroom Deputy Attorneys: Michael P Arata, Aaron F McGee IV, Adam Gerard Caswell, Aaron Frank McGee (Reynolds, D) (Entered: 10/17/1995) |
| 05/29/1996 | 15 | JUDGMENT/OPINION OF USCA (certified copy) Re: [14-1] appeal that the judgment of the District Court in this cause is REVERSED and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court; IT IS FURTHER ORDERED that defendant-appellee pay to plaintiff-appellant the costs on appeal to be taxed by the Clerk of this Court. NOE to Judge Richard J Putnam and Courtroom Deputy (Reynolds, D) (Entered: 05/30/1996) |
| 05/29/1996 |  | RECORD on appeal returned from U.S. Court of Appeals: [14-1] appeal consisting of 1 Volume of Record, 0 Containers of Exhibits, 0 Volumes of Transcript; record sent to Lafayette Division (Reynolds, D) (Entered: 05/30/1996) |
| 05/29/1996 |  | Case reopened (former employee) (Entered: 05/30/1996) |

| | | |
|---|---|---|
| 09/09/1996 | 16 | MOTION/REQUEST for default by Hubert Fontenot agn Mullins Mfg Co Inc (former employee) (Entered: 09/09/1996) |
| 09/09/1996 | 17 | CLERK'S ENTRY OF DEFAULT as to Mullins Mfg Co Inc granting [16-1] request for default. NOE by: dmn (former employee) (Entered: 09/09/1996) |
| 09/12/1996 | 18 | EX PARTE MOTION w/ incorporated brief by Mullins Mfg Co Inc to vacate/set aside default against Mullins Mfg Co Inc with Proposed Order referred to Judge Richard J Putnam (former employee) (Entered: 09/12/1996) |
| 09/17/1996 | 19 | ORDER granting [18-1] motion to vacate/set aside default against Mullins Mfg Co Inc; [17-1] clerk's entry of default dated 09/09/96 is vacated (signed by Judge Richard J Putnam) NOE by: gb (former employee) (Entered: 09/18/1996) |
| 09/18/1996 | 20 | MOTION w/ brief by Mullins Mfg Co Inc to reurge motion to dismiss for improper venue pursuant to FRCP 12(b)(3) , [20-1] motion set for 11/12/96 before Judge Richard J Putnam. Notice issued. (former employee) (Entered: 09/18/1996) |
| 10/01/1996 | 21 | EX PARTE MOTION by Mullins Mfg Co Inc to withdraw [20-1] motion to reurge motion to dismiss for improper venue pursuant to 12(b)(3) with Proposed Order referred to Judge Richard J Putnam (former employee) (Entered: 10/01/1996) |
| 10/03/1996 | 22 | ANSWER to Complaint by Mullins Mfg Co Inc (former employee) (Entered: 10/03/1996) |
| 10/08/1996 | 23 | ORDER granting [21-1] motion to withdraw; [20-1] motion to reurge motion to dismiss for improper venue pursuant to 12(b)(3) is withdrawn; set answer for 10/2/96 for Mullins Mfg Co Inc (signed by Judge Richard J Putnam) NOE by: gb (Williams, C) (Entered: 10/09/1996) |
| 11/20/1996 | 24 | ORDER that the parties confer and report on the status of this case; it was contemplated that this case will be fixed for trial without issuing a scheduling order; pretrial and trial dates will be fixed and cases calendared for trial beginning in February, 1997; a pretrial order will be issued; Joint status report due 12/19/96 (signed by Judge Richard J Putnam) NOE by: gb (former employee) (Entered: 11/21/1996) |
| 12/19/1996 | 25 | RESPONSE by Mullins Mfg Co Inc to [24-1] order (titled "Case Status Report") (former employee) (Entered: 12/19/1996) |
| 12/23/1996 | 26 | RESPONSE by Hubert Fontenot to [24-1] order (titled "Status Report") (former employee) (Entered: 12/23/1996) |
| 01/09/1997 | 27 | MOTION by Mullins Mfg Co Inc for Donald E Theriot and Michael P Arata and the law firm of Bordelon Hamlin & Theriot to withdraw as counsel of record for Mullins Mfg Co Inc with Proposed Order referred to Judge Richard J Putnam (former employee) (Entered: 01/09/1997) |
| 01/17/1997 | 28 | ORDER granting [27-1] motion for Donald E Theriot and Michael P Arata and the law firm of Bordelon Hamlin & Theriot to withdraw as counsel of record for Mullins Mfg Co Inc (terminated attorney Donald E Theriot and attorney Michael P Arata for Mullins Mfg Co Inc) (signed by Judge Richard J Putnam) NOE by: gb (former employee) (Entered: 01/21/1997) |
| 01/30/1997 | 29 | MINUTE ENTRY: case reassigned to Judge Richard T Haik Sr; any pending motions will be reset on Judge Haik's motion calendar for April, 1997 without oral argument (signed by Mildred Baker by direction of the court) NOE by: mb (former employee) (Entered: 01/31/1997) |
| 01/30/1997 | | CASE reassigned to Judge Richard T Haik Sr (former employee) (Entered: 01/31/1997) |

| | | |
|---|---|---|
| 02/07/1997 | 30 | MINUTE ENTRY: the Court hereby requests that Magistrate Judge Pamela A Tynes hold a status conference and provide this court with a status report (signed by Judge Richard T Haik Sr) NOE by: gb (former employee) (Entered: 02/10/1997) |
| 02/12/1997 | 31 | ORDER: set status conference for 9:45 4/3/97 before Magistrate Judge Pamela A Tynes (signed by Magistrate Judge Pamela A Tynes) NOE by: cvd (former employee) (Entered: 02/13/1997) |
| 02/24/1997 | 32 | SCHEDULING ORDER: Bench Trial set for 9:30 7/7/97; Pretrial conf for 1:30 6/10/97; Initial disclosure due 3/14/97; Joint meeting of parties set for 3/24/97; Joint status report due 4/3/97; amend/joinder 2/10/97; Pltf's expert info/rpts due 3/12/97; Discovery due 4/11/97; Dft's expert info/rpts due 4/11/97; Dispositive motions 4/11/97; Expert Depositions due 4/25/97; Plaintiff's counsel to host PT Stipulation Conference set for 5/12/97; Motions in limine due 5/26/97; Pretrial stipulations due 6/3/97; Trial depositions due 6/16/97; Discovery of imp/surv evidence due 6/17/97; Trial inst., interr., etc due 6/27/97; Objections to imp/surv evid due 6/27/97; Bench book due 6/30/97; deadlines set before Judge Richard T Haik Sr (signed by Magistrate Judge Pamela A Tynes) NOE By: rvw (former employee) (Entered: 02/25/1997) |
| 03/26/1997 | 33 | MINUTE ENTRY: in accord with instructions from Judge Haik, a status conference has been set for 04/03/97 at 9:45; counsel shall advise the Court before 04/01/97 by letter, which may be delivered by fax, of the matters to be discussed at the conference; notice of compliance due 4/1/97 ; in the alternative, if the status conference is not necessary, counsel shall advise the Court so the conference can be cancelled (signed by Magistrate Judge Pamela A Tynes) NOE by: cvd (former employee) (Entered: 03/28/1997) |
| 03/27/1997 | 34 | MINUTE ENTRY: pursuant to letter request of A Gerard Caswell, the status conference set for 04/03/97 at 9:45 is UPSET and RESCHEDULED; status conference reset for 9:15 5/1/97 before Magistrate Judge Pamela A Tynes ; conference will be conducted by telephone; parties reminded that this case remains scheduled for trial on 07/07/97 before Judge Richard T Haik Sr (signed by Magistrate Judge Pamela A Tynes) NOE by: cvd (former employee) (Entered: 03/28/1997) |
| 04/14/1997 | 35 | MOTION by Hubert Fontenot for A Frank McGee and Aaron McGee IV to withdraw as counsel of record for Hubert Fontenot (attorneys are no longer associated with firm now known as the Law Offices of A Gerard Caswell) with Proposed Order referred to Magistrate Judge Pamela A Tynes (titled "Motion and Order Substituting Counsel of Record") (former employee) (Entered: 04/14/1997) |
| 04/21/1997 | 36 | ORDER granting [35-1] motion for A Frank McGee and Aaron McGee IV to withdraw as counsel of record for Hubert Fontenot (attorneys are no longer associated with firm now known as the Law Offices of A Gerard Caswell) (terminated attorney Aaron F McGee IV and attorney Aaron Frank McGee for Hubert Fontenot) (signed by Magistrate Judge Pamela A Tynes) NOE by: cvd (former employee) (Entered: 04/23/1997) |
| 05/01/1997 | | Telephone Status conference held (former employee) (Entered: 05/05/1997) |
| 05/01/1997 | 37 | MINUTES OF COURT from Telephone Status Conference: Mr Caswell advised the Court that a tentative settlement agreement had been reached, which agreement included the funding of the settlement no later than 05/23/97. Mr Caswell requested that the case not be removed from the court's trial docket pending funding of the settlement. Mr Ducote was advised that under well established Fifth Circuit case law, a corporation, as a fictional legal person, can only be represented by licensed counsel. Mr Ducote was further advised that in light of the cited case law, he would not be permitted to appear before the court to represent Mullins because he is not an attorney. Mr Ducote was further instructed that if the settlement is not funded by 05/23/97, he must have an attorney enroll on Mullins' behalf by the end of May 1997. Otherwise, the trial will go forward as scheduled and the case will be |

| | | |
|---|---|---|
| | | decided based on the evidence presented by the plaintiff. Mr Caswell and Mr Ducote indicated that they anticipated the settlement would be funded by 05/23/97. Accordingly, Mr Caswell was instructed to submit a motion to dismiss immediately following receipt of the settlement funds and execution of the necessary paperwork. By copy of these minutes, Judge Haik's office is notified of the status of this case. (by Magistrate Judge Pamela A Tynes) NOE by: cvd (former employee) Modified on 05/05/1997 (Entered: 05/05/1997) |
| 05/27/1997 | 38 | MINUTE ENTRY: pretrial conference set for 06/10/97 is CANCELLED ; pretrial stipulations remain due 5 days prior to the original conference date (signed by Judge Richard T Haik Sr) NOE by: mb (former employee) (Entered: 05/29/1997) |
| 06/26/1997 | 39 | MOTION by Hubert Fontenot to dismiss this matter with prejudice with Proposed Order referred to Judge Richard T Haik Sr (former employee) (Entered: 06/26/1997) |
| 06/30/1997 | 40 | ORDER granting [39-1] motion to dismiss this matter with prejudice (signed by Judge Richard T Haik Sr) NOE by: rvw (former employee) (Entered: 07/02/1997) |
| 06/30/1997 | | Case closed (former employee) (Entered: 07/02/1997) |
| 07/10/1997 | | RECEIVED copy of [40-1] order addressed to Mullins Mfg Co Inc c/o T Stuart Ducote at 5326 W Ledbetter Dr, Dallas, TX 75236 from U S Postal Svc marked: Return to sender, Forwarding Order Expired (former employee) (Entered: 07/10/1997) |