UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

Children's Health Defense,
Trialsite, Inc., Creative Destruction
Media, LLC, Erin Elizabeth Finn,
Jim Hoft, Dr. Ben Tapper, Ben Swann,
Dr. Joseph Mercola, Ty Bollinger,
Charlene Bollinger, and Jeff Crouere,

     *Plaintiffs*,

     — against —

WP Company, LLC (D/B/A The
Washington Post), The British
Broadcasting Corp., The Associated
Press, and Reuters News & Media, Inc.,

     *Defendants*.

Civil Action No. 3:23-cv-00720

Judge Terry A. Doughty

Magistrate Judge Kayla D. McClusky

**DECLARATION OF
<u>BRIAN CRETER</u>**

I, Brian Creter, declare under 28 U.S.C. § 1746 as follows:

1.     I am Vice President of Global Investigations at Gavin de Becker & Associates (GDBA www.gdba.com), where I direct a staff of investigators and conduct open source, due diligence, and other factual investigations on behalf of individual and corporate clients. Previously, I worked for the New Jersey State Attorney General's Office in the Department of Law and Public Safety. I hold a Bachelor of Arts degree in Criminal Justice from Seton Hall University and a Master of Science degree in Criminal Justice from St. Joseph's University. The founder of our company, Gavin de Becker, is a three-time Presidential Appointee who has served at the US Department of Justice, the White House, and US Department of State.  His bestselling books are published in 20 languages.  I conferred with Mr. de Becker during the work that led to

the results discussed herein.

2.      I submit this declaration in support of the Plaintiffs' opposition to a motion to dismiss the Plaintiffs' Complaint in the above-captioned lawsuit for lack of personal jurisdiction filed by the British Broadcasting Corporation (BBC).

3.      The facts stated below are true based on my own personal knowledge and my review of the records described, cited and linked to below. At the request of Plaintiffs' counsel, my firm conducted open source and public records research of the Trusted News Initiative ("TNI") in an effort to identify its members, online posts and articles, and meeting attendees. We also conducted open source and public records research of pertinent facts concerning the organization, structures, operations, and distribution of the BBC, bbcnews.com, BBC World Service, and BBC Studios, both generally and in Louisiana. We also reviewed the BBC's submissions in this lawsuit.

4.      The BBC is a British corporation, headquartered in London and established through a Royal Charter.[1]

5.      The BBC is an international broadcasting giant, with $6 billion in annual income and a total worldwide audience of 492 million people a week—"more," as the company says, "than both Netflix and Disney's global subscribers combined."[2]

6.      Reaching audiences outside the United Kingdom is a core BBC objective, both as part of the BBC's mission to "champion British culture . . . across the world"[3] and to increase revenue.

---

[1] Declaration of Jonathan Munro, ECF 39-2, ¶ 5.

[2] BBC, Annual Report and Accounts 2021/22, at 6, https://downloads.bbc.co.uk/aboutthebbc/reports/annualreport/ara-2021-22.pdf

[3] *Id.*

7.      Under British law, the BBC cannot engage in for-profit activity *inside the United Kingdom*, but elsewhere it can and does (including in the U.S.), recording annual sales of approximately $2.0 billion worldwide.[4]

8.      The BBC conducts both not-for-profit and for-profit business, disseminating its news and entertainment products to hundreds of millions of customers all over the world, including the United States.[5]

9.      The BBC has a substantial, continuous, and systematic business presence in the United States. For example, it maintains a news bureau in Washington, DC, it has at least 150 employees residing in the United States, and it has even incorporated in Washington, DC.[6]

10.     According to public records, in and through at least four different major business operations, the BBC transacts substantial business all over the United States, including in the Western District of Louisiana.

11.     First, the BBC transacts substantial business in the Western District of Louisiana through its news website, bbc.com.

12.     That website attracts vast viewership all over America: according to data collected by the Internet analytics firm Similarweb, which the BBC itself relies on for such data, bbc.com receives about 550 million worldwide monthly visits, of which slightly more than 25% (approximately 140 million) came from United States viewers.[7]  To the best of my knowledge,

---

[4] BBC, *A record year for BBC Studios as it builds commercial income*, July 12, 2022, https://www.bbc.co.uk/mediacentre/bbcstudios/2022/a-record-year-for-bbc-studios-as-it-builds-commercial-income.

[5] BBC, Annual Report, *supra*, at 6.

[6] Munro Dec., *supra*, ¶ 10.

[7] *See* Similarweb, bbc.com, June 2023, https://www.similarweb.com/website/bbc.com/#traffic; *see also* BBC, *New data shows BBC is the world's most visited news site*, June 15, 2021, https://www.bbc.com/mediacentre/worldnews/2021/new-data-shows-bbc-is-the-worlds-most-

the BBC does not publicly disseminate accurate or complete information breaking down these metrics so as to reveal how many of these visits came from individuals located in the Western District of Louisiana. Such information would be available to Plaintiffs only through discovery.

13.    Nevertheless, the following figures flow directly from the available data. The reported figure of monthly visits from United States viewers—140 million—indicates an annual total of some 1.68 billion visits to bbc.com from US viewers. Because the US total population is about 334 million, 1.68 billion visits translates mathematically to an average of roughly 5 visits to bbc.com annually from each US resident. The total population of the Western District of Louisiana is approximately 2 million. Using the same average figure (roughly five visits per person per year) would translate to roughly 10 million annual visits to bbc.com from the Western District of Louisiana. It is not possible to determine, however, on the basis of publicly available documents, the extent to which demographic population differences might drive different figures for bbc.com viewership as between the Western District of Louisiana and the US population as a whole. That said, it is a reasonable inference that bbc.com receives at the very least tens of thousands—and probably hundreds of thousands—of visits from the Western District of Louisiana on an annual basis.

14.    In its brief, the BBC argues that bbc.com is not a BBC activity because the website is "operated and commercialized in the United States by BBC Studios." But this statement does not accurately reflect what is asserted in the BBC's Munro Declaration, which states only that the "website is *commercialized* in the United States by BBC Studios."[8] There are

_____

visited-news-site ("New independent data from Similarweb has revealed that the BBC is, once again, the world's most visited news site amongst traditional news publishers."). Similar figures for US viewership of bbc.com are reported by Internet analytics firm Semrush. *See* Semrush, bbc.com, June 2023, https://www.semrush.com/website/bbc.com/overview.

[8] Munro Dec., *supra*, ¶ 9 (emphasis added).

very considerable, practical differences between "operating" and "commercializing" a website, and the declaration does *not* say that bbc.com is *operated* by BBC Studios.

15.     To "commercialize" a website, as that term would ordinarily be used in the industry, means to monetize it—to make money from it. In the case of news websites, monetization typically takes the form of collecting subscription fees and/or selling advertisements. To my knowledge, bbc.com does not charge subscription fees, but it does display paid-for advertising. Thus when the BBC says that BBC Studios "commercializes" the bbc.com website in the United States, presumably all or substantially all that is meant thereby is that, as the Munro declaration says, BBC Studios "sells advertising space on that website."[9]

16.     That, however, does not alter the fact that the BBC itself has both legal ownership of and daily operational control over what appears on bbc.com in the following respects:

17.     The BBC itself (not a subsidiary) *owns* bbc.com.[10]

18.     The BBC itself *holds the copyright* on the entirety of bbc.com.[11]

19.     The BBC itself *produces and publishes the content* of bbc.com,[12] thereby giving the BBC complete daily, operational control over what bbc.com says and does.

20.     The website is, therefore, a BBC business activity from a practical, non-technical point of view.

21.     In addition, bbc.com is an *interactive* website, enabling users to communicate

---

[9] Munro Dec., *supra*, ¶ 9.

[10] https://www.theregister.com/2005/10/05/bbc_domain/

[11] A copyright notice appears at the bottom of every single bbc.com web page indicating that the copyright belongs to the BBC.  *See bbc.com* ("Copyright © 2023 BBC").

[12] *See* Munro Dec., *supra*, ¶ 9 (acknowledging that "media generated by the BBC are published to the website www.bbc.com"). Print and video news stories that appear on bbc.com are expressly credited to the BBC and/or the BBC's news division, not to BBC Studios.

directly with the BBC,[13] and inviting them to input their names, addresses, and credit card information for a variety of transactions with the BBC (the BBC itself, not its subsidiaries).

22.     For example, bbc.com invites and allows users to input their personal information and: (a) apply for tickets to BBC radio/television shows, (b) donate to BBC causes, and (c) to apply for BBC grants.[14]

23.     In addition, bbc.com is also interactive in that it permits users to create an account with the BBC. This interactivity functions as follows. A "pop-up" box eventually appears on the bbc.com screen inviting users to "register" and "create an account" with the BBC. Users who click through to this option are taken to a series of pages on which they are asked to enter their date of birth, country location, email address, and a password. Users who create a BBC account in this way increase their level of involvement with the BBC and its content: according to a webpage that users who complete this process are led to, account holders "get emails made for you" from the BBC, receive BBC newsletters, and can "have [their] say" by "comment[ing] on BBC News stories."[15]

24.     The BBC also transacts substantial business in the Western District of Louisiana

---

[13] Interactivity on bbc.com functions as follows. At the bottom of every page on bbc.com, a clickable tab reads "Contact the BBC." Clicking on that tab takes the viewer to a contact page on bbc.co.uk (the BBC's United Kingdom website, which to my knowledge BBC Studios plays no role in). On the bbc.co.uk contact page, viewers are invited to interact with the BBC by clicking on such tabs as "Ever fancied being in the audience for a BBC show—see what's on offer" or "BBC Appeals." *See* bbc.co.uk.contact.

[14] The following web pages are made available to users of bbc.com who click through the tabs described in the previous footnote, each of which allows users (by clicking through further tabs) to input their own identifying information and, where appropriate, credit card information: BBC, *Apply for a grant*, https://www.bbcchildreninneed.co.uk/grants/apply; BBC, *BBC Appeals*, https://www.bbc.co.uk/appeal; BBC, *Join us in the audience for one of our shows*, https://www.bbc.co.uk/showsandtours/Shows. In each case, the offered interactivity is between the user and the BBC itself (as opposed to BBC Studios).

[15] BBC, *Using the BBC*, https://www.bbc.co.uk/usingthebbc/your-bbc-account.

through the BBC World Service.

25. The BBC World Service is a primarily-radio broadcast operation headquartered in London through which the BBC "broadcasts and distributes news and other content in a range of genres aimed primarily at users outside the UK,"[16] reaching a weekly audience of 365 million people worldwide.[17]

26. Pursuant to the BBC's agreement with the British government, the BBC itself (not its subsidiaries) directly owns and operates the World Service.[18]

27. The World Service is viewed by the BBC itself as essential to the BBC's global mission: "The World Service supports a range of BBC activity but contributes primarily to the BBC's fifth Public Purpose to reflect the United Kingdom, its culture and values to the world."[19]

28. In the Western District of Louisiana, the BBC World Service is broadcast every day—three hours a day on weekdays, and nine on weekends—on the Red River Radio Network,[20] with 150,000 regular listeners, broadcasting out of Shreveport, Alexandria, and elsewhere.[21]

29. The BBC also transacts substantial business in the Western District of Louisiana

---

[16] BBC, *BBC World Service License*, http://downloads.bbc.co.uk/aboutthebbc/insidethebbc/managementstructure/structureandgovernance/world_service_licence.pdf.

[17] U.K. Parliament, *BBC World Service: Soft power and funding challenges*, Nov. 24, 2022, https://lordslibrary.parliament.uk/bbc-world-service-soft-power-and-funding-challenges.

[18] BBC Trust, *An Agreement Between Her Majesty's Secretary of State for Culture, Media and Sport and the British Broadcasting Corporation* at 20, https://downloads.bbc.co.uk/bbctrust/assets/files/pdf/about/how_we_govern/2016/agreement.pdf [hereafter BBC Agreement].

[19] *Id*.

[20] *See* Red River Radio, https://www.redriverradio.org/kdaq-radio-schedule#weekly-schedule; Red River Radio, https://www.redriverradio.org/news-talk-hd3-radio-schedule.

[21] *See* Red River Radio, https://www.redriverradio.org/about-us; KDAQ-FM, KLSA-FM, KBSA-FM, KLDN-FM, and KTYK-FM Radio Stations, *Audited Financial Report*, June 30, 2022, at iii, https://npr.brightspotcdn.com/29/af/2373c9b84802bae0d94e831f8d0d/red-river-radio-network-2022.pdf.

through its celebrated news operation, BBC News.

30.     BBC News is described by the BBC as "the largest news operation in the world," with more than 2,000 journalists and fifty news bureaus worldwide.[22]

31.     The BBC's news operation is owned and controlled by the BBC itself (not by a subsidiary).

32.     The news programming it produces is disseminated across numerous platforms all over the world—online, on television and on radio—reaching an American audience of at least "50 million consumers weekly."[23]

33.     In the Western District of Louisiana, BBC news programming can be seen on television or by streaming Comcast Xfinity (channel 99),[24] Direct TV (channel 346),[25] AT&T (channels 207 and 1207),[26] and a BBC YouTube Channel.[27]

34.     Given a total US population of approximately 334 million, the BBC's reported figure of a U.S. nationwide audience of 50 million per week translates mathematically to a rough average of about one BBC News weekly viewer for every seven U.S. residents.  If that figure applied in the Western District of Louisiana (total population approximately 2 million), then

---

[22] BBC, *About BBC News*, http://news.bbc.co.uk/aboutbbcnews/hi/this_is_bbc_news/default.stm. The BBC's usage of the term "BBC News" can be confusing precisely because it runs together the BBC and its subsidiary BBC Studios. "BBC News" frequently refers to the BBC's vast and celebrated news division, owned and run by the BBC itself. But the output of the BBC's news division is disseminated on many different platforms, including (in the U.S.) the BBC World Service and a television channel, also called "BBC News," legally owned by BBC Studios.

[23] BBC, *BBC adds to growing digital and TV News teams in the United States*, Mar. 14, 2023, https://www.bbc.com/mediacentre/2023/bbc-tv-news-teams-united-states.

[24] This information can be accessed through https://bbcnewschannelfinder.com/

[25] This information can be accessed through https://www.directv.com/Channels/BBC-World-News-HD-346.

[26] This information can be accessed through https://hd-report.com/hd-channels/att-u-verse-hd-channels.

[27] *See* https://www.youtube.com/@BBCNews.

BBC News would have an audience in that District of roughly 280,000 per week. It cannot be determined, however, from public documents the extent to which demographic differences might drive different viewership as between the Western District of Louisiana and the US population as a whole. That said, it is a reasonable inference that BBC News has a Western District of Louisiana weekly audience at least in the tens of thousands.

35.     Through BBC News, the BBC (not its subsidiaries, but the BBC itself) regularly sends cameramen, interviewers, producers and/or reporters to Louisiana to cover important state events.[28] In September, October and/or November 2022, it sent a team to Shreveport to produce a story about Southwood High School.[29] The BBC team filmed footage on school grounds and conducted numerous local interviews, including of students, parents, the school principal, and Shreveport's mayor Adrien Perkins.[30] The BBC produced several different versions of the story—varying in genre and length, including a twenty-minute-long audio version[31]—which were then disseminated across a variety of BBC television, radio, and online platforms.[32]

36.     Finally, the BBC transacts substantial business in this District through the operations of its wholly-owned for-profit subsidiary, BBC Studios.

37.     BBC Studios, among numerous other activities, owns and operates (in partnership with AMC Networks) the BBC's entertainment cable television channel, BBC America.

---

[28] *See, e.g.*, BBC, *Reinventing Recycling in Louisiana*, Nov. 17, 2022, https://www.bbc.co.uk/sounds/play/w3ct312m; BBC, *Hurricane Ida: Louisiana assesses damage after storm*, Aug. 30, 2021, https://www.bbc.com/news/av/world-us-canada-58389521.

[29] BBC, *The dads spreading love to stop fights in school*, Shreveport, Louisiana, Nov. 7, 2022, bbc.com/news/av/stories-63506246.

[30] *Id.*

[31] BBC, *How volunteer dads are reducing school violence in Louisiana,* Sept. 27, 2022, https://www.bbc.co.uk/sounds/play/w3ct3j2y.

[32] *See also, e.g.*, BBC World Service, *The dads spreading love to stop fights at school*, undated, www.youtube.com/watch?v=mNz_L2TioU0

38.     As a basic cable channel, BBC America is available (according to the BBC's own reported figures) to at least 80 million television households in the United States.[33]

39.     BBC America has aired extremely popular shows, such as "Killing Eve," which over the course of its run has been watched millions of times.[34] It is a reasonable inference that BBC America programming is watched by or has been seen by at least tens of thousands of people in the Western District of Louisiana.

40.     The BBC uses BBC Studios to achieve one of its core missions—i.e., "champion[ing] British culture . . . across the world."[35]

41.     The BBC also uses BBC Studios to perform a critical function it cannot perform directly—i.e., engage in for-profit activities in international markets like the United States.

42.     Profits made by the BBC Studios are recorded as "returns to the BBC" in the latter's financial statements.[36] In 2022, BBC Studios generated "returns to the BBC" of £353 million.[37] In 2021, BBC Studios returned a £135 million "cash dividend" to the BBC.[38] Over the last five years, BBC Studios has paid a total of more than £1.2 billion in cash revenue to the

---

[33] BBC, *US network AMC buys into BBC America in $200m deal*, Oct. 24, 2014, https://www.bbc.com/news/entertainment-arts-29753610.

[34] Hollywood Reporter, *'Killing Eve' Season 2 Posts Huge Ratings Gains as AMC Simulcast Pays Off*, June 4, 2019, https://www.hollywoodreporter.com/tv/tv-news/killing-eve-season-2-posts-huge-ratings-gains-as-amc-simulcast-pays-1215661.

[35] BBC, Annual Report and Accounts 2021/22, at 6, https://downloads.bbc.co.uk/aboutthebbc/reports/annualreport/ara-2021-22.pdf.

[36] *Id*. at 56 ("BBC Studios achieved their highest-ever level of returns to the BBC . . . .").

[37] *Id*. at £353 million, more than doubling that of the previous year (2020/21: £137 million). https://downloads.bbc.co.uk/aboutthebbc/reports/annualreport/ara-2021-22.pdf        (emphasis added).

[38] *Id.* at 77.

BBC.[39]

43.     The BBC's constitutive documents acknowledge that BBC Studios activities are BBC activities.

44.     For example, the BBC Charter states that the activities of the BBC's commercial subsidiaries (like BBC Studios) are "activities of the BBC" "carried out by the BBC":

> 7. The *activities of the BBC*
>     (1) The only activities that may be *carried out by the BBC* are—
>         (a) provision of the UK Public Services;
>         (b) provision of the World Service;
>         . . .
>         (d) *through commercial subsidiaries, commercial activities*.[40]

45.     Similarly, the BBC's agreement with the British government refers to the "*commercial activities carried out by the BBC through commercial subsidiaries*."[41]

46.     By charter and agreement, the BBC is required to monitor and supervise the activities of BBC Studios (and its other commercial subsidiaries) in numerous important respects:

> (5) In carrying out the commercial activities, the BBC must be satisfied that all of the following criteria are met-
>     (a) the activities must fit with the Mission and the Public Purposes;
>     (b) the activities must exhibit commercial efficiency;
>     (c) the activities must not jeopardise [sic] the good reputation of the BBC or the value of the BBC brand; and
>     (d) the activities must not, as a result of the relationship of the activity with the UK Public Services, trading activities or non-service activities, distort the market or create an unfair competitive advantage.[42]

47.     To ensure that "the commercial activities carried out by the BBC through

---

[39] *Id*. at 56 (BBC Studios "business has exceeded its target of £1.2 billion in **returns to the BBC** over the first five years of the current Charter").

[40] BBC Royal Charter, attached as Exh. 1 to Munro Dec. at 16.

[41] BBC Agreement, *supra*, at 19.

[42] *Id.* at 15-16.

commercial subsidiaries" meet the above criteria, "[t]he BBC must carry out and publish . . . detailed periodic reviews," and in "carrying out a periodic review, the BBC must set and publish measures and targets for those measures for each subsidiary."[43]

48.    Finally, and critically, BBC Studios is—according to the BBC itself—controlled and governed by the BBC Board, which is "the main decision making body for all of the BBC, including the BBC's commercial activities."[44]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in Los Angeles, California on August 5, 2023.

BRIAN CRETER

---

[43] *Id*. at 19.

[44] BBC, *About the BBC*, https://www.bbc.com/aboutthebbc/whoweare/commercial.