UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

---

| | |
|---|---|
| **CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, AND JEFF CROUERE,** | CIVIL ACTION NO. 3:23-cv-00720 |
| *Plaintiffs*, | Judge Terry A. Doughty |
| v. | Magistrate Judge Kayla D. McClusky |
| **WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS & REUTERS NEWS AND MEDIA INC.,** | |
| *Defendants*. | |

---

**PLAINTIFFS' OPPOSED ALTERNATIVE
MOTION FOR JURISDICTIONAL DISCOVERY
AND TO HOLD IN ABEYANCE THE BBC'S RULE 12(b)(2) MOTION**

Plaintiffs file this Motion for Jurisdictional Discovery of The British Broadcasting Corp. ("BBC") pursuant to Federal Rules of Civil Procedure 26(d)(1), 30, and 33 and, in the event the Court does not immediately deny the BBC's Rule 12(b)(2) Motion to Dismiss (ECF No. 39-1), request that the Court issue an order for them to take such discovery within 90 days of its issuance. This motion is accompanied by (i) a memorandum that sets forth Plaintiffs' supporting arguments

and authorities, and (ii) a declaration of Scott J. Street, with supporting exhibits. A printed courtesy copy of these documents will be delivered to the Court's chambers.

WHEREFORE, in the event the Court does not immediately deny the BBC's Rule 12(b)(2) Motion to Dismiss, Plaintiffs respectfully request the Court authorize them to take pre-Rule 26(f) jurisdictional discovery of the BBC within 90 days of its order, and grant further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

DATED: August 15, 2023

*/s/ G. Shelly Maturin, II*

_____

| | |
|---|---|
| G. SHELLY MATURIN, II<br>(La. Bar 26994)<br>Maturin Law<br>322 Heymann Blvd., Suite 1<br>Lafayette, LA 70503<br>Telephone: (337) 362-3514<br>E-mail: shelly@maturinlaw.com<br>Attorney for Plaintiffs | JED RUBENFELD<br>(NY Bar 2214104)<br>(*pro hac vice*)<br>1031 Forest Rd.<br>New Haven CT 06515<br>Tel: (203) 432-7631<br>jed.rubenfeld@yale.edu<br>Attorney for Children's Health Defense |
| JOHN W. HOWARD (CA Bar 80200)<br>(*pro hac vice*)<br>JW HOWARD/ATTORNEYS, LTD.<br>600 West Broadway, Ste. 1400<br>San Diego, CA 92101<br>Telephone: (213) 205-2800<br>johnh@jwhowardattorneys.com<br>Attorney for Plaintiffs | ROBERT F. KENNEDY, JR.<br>(NY Bar 1999994) (*pro hac vice* forthwith)<br>48 Dewitt Mills Rd.<br>Hurley, NY 12433<br>Tel: (845) 481-2622<br>Attorney for Children's Health Defense |
| SCOTT J. STREET (CA Bar No. 258962)<br>(*pro hac vice*)<br>JW HOWARD/ATTORNEYS, LTD.<br>201 South Lake Avenue, Suite 303<br>Pasadena, CA 91101<br>Telephone: (213) 205-2800<br>sstreet@jwhowardattorneys.com<br>Attorney for Plaintiffs | ROGER I. TEICH (CA Bar No. 147076)<br>(*pro hac vice* forthwith)<br>337 Liberty Street<br>San Francisco, CA 94114<br>Telephone: (415) 948-0045<br>rteich@juno.com<br>Attorney for Children's Health Defense |

**LR7.4.1 CERTIFICATE**

Pursuant to local rule, Plaintiffs' reached out to all opposing counsel via email seeking consent to file the foregoing Motion. All opposing counsel have voiced opposition to the filing of the instant Motion.

*/s/ G. Shelly Maturin, II*
_____
G. SHELLY MATURIN, II

**CERTIFICATE OF SERVICE**

This is to certify that on the 15th day of August, 2023, a true and correct copy of the above and foregoing was filed with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record.

*/s/ G. Shelly Maturin, II*
_____
G. SHELLY MATURIN, II