UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

------------------------------------------------------

| | |
|---|---|
| **CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, AND JEFF CROUERE** | **CIVIL ACTION NO. 3:23-cv-00720** |
| *Plaintiffs,* | Judge Terry A. Doughty |
| v. | Magistrate Judge Kayla D. McClusky |
| **WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS & REUTERS NEWS AND MEDIA INC.,** | <u>**DECLARATION OF SCOTT J. STREET**</u> |
| *Defendants.* | |

------------------------------------------------------

I, Scott J. Street, declare as follows:

1.      I am an attorney duly licensed to practice law by the State of California and have been admitted *pro hac vice* in this matter. I am a partner with JW Howard/Attorneys, Ltd., counsel of record to Plaintiffs Children's Health Defense ("CHD") *et al.* ("Plaintiffs") in this matter. Except where stated on information and belief, I have personal knowledge of the matters set forth in this declaration and could testify competently to them if called to do so. Any statements made on information and belief are based on documents I reviewed myself. I am submitting this declaration in connection with Plaintiffs' alternative motion for personal jurisdiction discovery relating to Defendant The British Broadcasting Corporation (BBC).

1

2.      The BBC has filed a motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) in the above-captioned action. As explained in their opposition brief, Plaintiffs contend that the allegations in their Complaint, together with the declaration of Brian Creter (submitted along with Plaintiffs' opposition brief), establish far more than a *prima facie* showing of personal jurisdiction for the BBC, which is all that is required of Plaintiffs in order to defeat the BBC's motion. Should the Court disagree, however, Plaintiffs submit that they are entitled to personal jurisdiction discovery and have, accordingly, moved in the alternative for permission to take such discovery.

3.      This declaration is respectfully submitted to attest to the public availability of certain documents, and to their accurate reproduction here, that contradict or challenge the facts as asserted by the BBC in a manner evincing the need for jurisdictional discovery.

4.      The BBC submitted a declaration from BBC executive Jonathan Munro. Among other things, Mr. Munro asserts that "the BBC has very limited operations in the United States. Although it has over 17,000 staff globally as stated in its most recent Annual Report, I understand that, at present, less than 150 staff reside in the United States. The majority of those employees work out of the BBC's bureau in Washington, D.C., where the BBC is also incorporated." Mr. Munro did not attach any documents to his declaration supporting his statements or explain on what information he relied.

5.      Mr. Munro states in his declaration, "The BBC is not qualified to do business in Louisiana. It does not have any employees, offices, addresses, telephone numbers, property, leases, or bank accounts in Louisiana, and it does not engage in any commercial transactions there." He further states, "I am aware of no direct connection that the BBC has to the state of Louisiana." But again, Mr. Munro provides no documentation to support his claim that the BBC does not do

business in the Louisiana, nor does he state what information he is relying on.

6.      Mr. Munro's conclusory assertions—including his assertion that the BBC does not (and cannot) conduct commercial activity—are undermined by publicly accessible facts and documents, which I have accessed and reviewed as set forth herein.

7.      For example, Mr. Munro acknowledges that the website bbc.com is offered throughout the United States. That website is a business activity, disseminated to residents of this District. To the best of my knowledge, the BBC has not published any data that would allow us to determine, through public records, how many people in the Western District of Louisiana visit bbc.com each month. Such information must be obtained through discovery.

8.      Moreover, while Mr. Munro says that bbc.com is "commercialized" in the United States by a BBC subsidiary (BBC Studios), he does not say who or what entity operates bbc.com. There is good reason to believe that the BBC itself (not BBC Studios) operates bbc.com, given that Mr. Munro does not say otherwise and that the BBC owns the website, owns the copyright on the website, and publishes content thereto. A true and correct copy of a publicly available news report from October 5, 2005, in which the BBC admitted this, is attached as **Exhibit "A."**

9.      According to the BBC World Service License, the BBC World Service, a BBC business activity and primarily-radio broadcast operation which is available to listeners in the U.S., and in the Western District of Louisiana on Red River Radio stations, "broadcasts and distributes news and other content in a range of genres aimed primarily at users outside the UK." A true and correct copy of the publicly available BBC World Service License is attached as **Exhibit "B."**

10.     The BBC describes another of its business activities, BBC News, as "the largest news operation in the world," with more than 2,000 journalists and fifty news bureaus worldwide. A true and correct copy of a page from the publicly available BBC website titled "This is BBC

News" is attached as **Exhibit "C."**

11.     I am informed and believe that, in the Western District of Louisiana, BBC News programming can be seen on television or by streaming through Comcast Xfinity (channel 99), Direct TV (channel 346), AT&T (channels 207 and 1207), and a BBC YouTube Channel.

12.     BBC News has covered events in the Western District of Louisiana. For example, during the fall of 2022, BBC News sent a team to Shreveport to produce a story about Southwood High School. The BBC News team filmed footage on school grounds and conducted numerous local interviews, including of students, parents, the school principal, and Shreveport's mayor Adrien Perkins. BBC News produced several different versions of the story—varying in genre and length, including a twenty-minute-long audio version—which were then disseminated across a variety of BBC television, radio, and online platforms. I printed a copy of the publicly available web pages on which these videos appear. They are attached as **Exhibits "D" and "E."**

13.     BBC Studios, a subsidiary of BBC, owns and operates BBC television channels in the United States that are disseminated in this District, including BBC America, a basic cable channel. Contrary to Mr. Munro's declaration, there appears to be a substantial connection between the BBC and BBC Studios. For example, according to the BBC's annual report and account of 2021/2022, BBC Studios returns its profits—totaling hundreds of millions of pounds—directly to the BBC itself. A true and correct copy of a publicly available BBC report published on July 12, 2022, which reported this is attached as **Exhibit "F."**

14.     The BBC has published documents stating that the BBC Board is "the main decision making body for all of the BBC, including the BBC's commercial activities." A true and correct copy of a publicly available BBC webpage titled "About the BBC: Commercial Board," which contains that language, is attached as **Exhibit "G."**

15.    Plaintiffs' motion for discovery seeks discovery that I believe can be completed within ninety days, subject to cooperation from the BBC.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 11th day of August 2023 at Pasadena, California.

_____
Scott J. Street

# EXHIBIT A

## BOOTNOTES

This article is more than 1 year old

# BBC blew $375k on bbc.com

## And for what?

A Tim Richardson                                                Wed 5 Oct 2005 // 10:28 UTC

The BBC has defended its decision to blow $375,000 (£212,000) of public money on the bbc.com domain.

The broadcaster - which is funded by a licence fee payable by every UK household with a TV - bought the domain back in 1999 from US firm Boston Business Computing but refused to say how much it had paid out.

At the time estimates suggested that the BBC had shelled out between £20,000 and £200,000, although some even suggested it could have been as high as $30m.

But following a request under the Freedom of Information Act the broadcaster has finally come clean.

"The BBC purchased the domain name bbc.com in 1999 from Boston Business Computing, Limited, a Massachusetts registered corporation, for US$375,000. The sale involved a 24 month transitional period to ensure emails for Boston Business Computing and visitors to its site were redirected," it said.

But in the six years since acquiring the domain what exactly has the Beeb done with the domain? Nothing. *Nada*. Zilch. Unless, of course, using it to merely redirect visitors to its main bbc.co.uk portal is a good use of $375,000.

Defending its position a spokesman for the BBC told *The Register* that it was a "very prudent, forward thinking move".

"At the time the BBC purchased the bbc.com the internet landscape in the UK and abroad was still developing," he said. "The BBC had a duty to both its brand and its users to provide an easy route to its online content and so bought the .com suffix from Boston Business Computing."

And although the BBC admits that it "has not exploited bbc.com to date" it now insists that within the last twelve months, "this situation has changed".

"We are currently looking at the possibilities bbc.com offers us, including its potential as an international facing site. Over the long-term, we feel that this justifies the cost of recovery."

While the BBC may have been able to buyout Boston Business Computing, its tough tactics to extract bbc.org from a small Canadian computer club were nowhere near as successful.

In 1999, lawyers acting for the BBC wrote to Big Blue and Cousins demanding it relinquish its bbc.org domain at its own expense even though the Canadian club has legally owned the domain since 1995.

Big Blue and Cousins still operates bbc.org. A brief description of its spat with the BBC reads: "We suffered a temporary challenge when, in December 1999, the British Broadcasting Corporation complained about our use of 'BBC' in our domain name. However, we had a strong case and ultimately prevailed. The BBC just dropped their request." ®

Whitepaper: Top 5 Tips For Navigating Your SASE Journey

**MORE ABOUT**

# EXHIBIT B

### BBC WORLD SERVICE LICENCE

The BBC must set and publish a licence for the World Service.[1]

The Licence has been agreed by the BBC Board. It defines the characteristics of the World Service, including its remit and scope and how it contributes to the promotion of the BBC's Public Purposes. It also records (a) the objectives, priorities and targets for the World Service, and (b) the languages in which the World Service is to be provided as agreed with the Foreign Secretary.[2]

The BBC Board will use this Licence as the basis for assessing the performance of the World Service. It will also be used in consideration of any proposed changes to the World Service. The BBC Board is responsible for keeping this Licence under review and for agreeing any changes. The BBC Board will take such steps as it considers appropriate to assess whether any proposed changes are justified.

## 1.  Remit

The World Service broadcasts and distributes news and other content in a range of genres aimed primarily at users outside the UK. It provides services in English and other languages on TV, radio and digital platforms.

The World Service makes a global contribution to the BBC's Mission to act in the public interest, serving all audiences through the provision of impartial, high-quality and distinctive output and services which inform, educate and entertain.[3]

In particular, the World Service contributes to the BBC's international news mission by seeking to address the global gap in the provision of trusted international news, by providing accurate, impartial and independent news and programming of the highest quality.  It should aim to provide a distinctive service tailored to its audience's need, and maximise reach of all services in their target markets, subject to value for money.  In doing so, the World Service aims to provide journalism that contributes to accountability and good governance, to improve the welfare and economic development of citizens in developing countries.

The objectives, priorities and targets of the World Service are set out in **SCHEDULE 1**. The list of services provided is contained in **SCHEDULE 2**.

## 2.  Contribution to the promotion of the BBC's Public Purposes

The World Service supports a range of BBC activity but contributes primarily to the BBC's fifth Public Purpose **to reflect the United Kingdom, its culture and values to the world**.

---

[1] Clause 34 of the Framework Agreement.
[2] Clause 34(3) of the Framework Agreement.
[3] Article 5 of the Charter.

**Fifth Public Purpose**

**To reflect the United Kingdom, its culture and values to the world**: the BBC should provide high-quality news coverage to international audiences, firmly based on British values of accuracy, impartiality, and fairness. Its international services should put the United Kingdom in a world context, aiding understanding of the United Kingdom as a whole, including its nations and regions where appropriate. It should ensure that it produces output and services which will be enjoyed by people in the United Kingdom and globally.

In meeting the Public Purposes in accordance with Clause 34(4)(b) of the Framework Agreement the World Service should do the following:

- ensure it provides high-quality news coverage to international audiences, firmly based on British values of accuracy, impartiality, and fairness;
- deliver services that provide audiences with a global perspective on the world, not one based upon any national or commercial interest;
- serve as an independent and trusted guide as access to information grows, helping audiences understand the world around them and make sense of competing views;
- provide a range of content and output across its services to reflect the United Kingdom, its culture and values to the world, including its Nations and Regions where appropriate, and to place the United Kingdom in a world context;
- provide opportunities for an ongoing global conversation that promotes greater understanding across national boundaries, languages and media;
- enhance the quality and breadth of all BBC output by working with other BBC services to aid international understanding and provide global perspectives; and
- make available to licence fee payers in the UK such of its content as it deems appropriate.

**3.  Characteristics and scope**

The World Service should provide news, current affairs, output in other genres and information services in English and different languages around the world. Services should be made available across a range of different platforms, including radio, television, and digital media, as appropriate, depending on the needs of the target audience and delivering value for money.

All World Service output must meet the BBC's editorial standards as set out in the BBC's Editorial Guidelines[4] and comply with the provisions of the European Convention on Transfrontier Television (No 132, Strasbourg 05/05/1989) ("ECTT")[5] to the extent required to comply with the United Kingdom's treaty obligations. No activity should damage the editorial integrity of the BBC or bring its brand into disrepute.

The World Service can distribute content provided by or co-produced with the charity BBC Media Action on its services, subject to compliance with the BBC's Editorial Guidelines, the World Service

---

[4] http://www.bbc.co.uk/editorialguidelines/
[5] https://www.coe.int/en/web/conventions/full-list/-/conventions/treaty/112?module=treaty-detail&treatynum=132

Statement of Policy for Alternative Finance [6] and all applicable BBC policies and guidelines and any other applicable regulatory requirements.

The services provided by the World Service fall into the following two categories:

a. English services – The role of English output is to provide a global service, including, but not limited to, the English language international television news service BBC World News, leveraging the BBC's strengths in the most widely understood language in the world, showcasing the best of the BBC's international journalism and aiding understanding of the United Kingdom in a world context.

b. Language services – The role of Language output is to target specific areas where there is a gap or shortfall in the provision of high quality international news, by delivering services to audiences in specific vernacular languages.

The World Service should respond to the needs and consumption habits of audiences in target markets. Where possible, the World Service should ensure that it is available on the most appropriate platform for its audience. The World Service should also seek to innovate in order to reach audiences in the most effective manner where appropriate.

Taking account of the strategy and the budget it has set, the BBC must agree with the Foreign Secretary the languages in which the World Service is to be provided. The list of Language services provided is outlined in **SCHEDULE 2**.

---

**Conditions:**

The World Service should provide a variety of content in order to inform, educate and entertain its audiences.

The World Service should provide services in 41 languages.

BBC World Service should ensure that its output comprises predominately news, current affairs and information programming. In specific cases a broader mix of output may be more appropriate and should be clearly identified as such.

BBC World Service output should be made available to audiences in the UK where appropriate.

---

4. **BBC World Service prioritisation**

The BBC must determine the most effective way of delivering the Remit, and the objectives, priorities and targets, of the World Service.

In determining the approach to service and language prioritisation, the World Service will take account of the following factors in line with its Remit to address the shortfall in trusted news:

---

[6] The World Service Policy for sources of finance other than the Licence Fee ("Alternative Finance") see http://www.bbc.co.uk/aboutthebbc/insidethebbc/howwework/policiesandguidelines/partnerships_and_finance.html

a)  The audience need for trusted news, such as the existence of a current or growing shortfall in the supply of independent and impartial news and information that is impacting on the market or region. This could also include a sudden change in a market leading to an increased shortfall;

b)  The BBC's ability to provide a distinctive and compelling content offer tailored to audience needs;

c)  The projected impact of the service, including the BBC's ability to reach a significant segment of the target audience; and

d)  The cost effectiveness of a service and the ability to deliver value for money. In general we would expect services or platforms to be in line with the average cost per user ratio for similar services on similar distribution platforms.

No single factor will be considered more important than another and all the criteria should be taken into account to create an overall assessment.

These criteria will be used by the BBC to assess whether or not to launch a service in a new language. The factors will also be taken into account when deciding to cease providing an existing service, for example in response to market changes or budget reallocation.[7]

5.   Performance assessment and the reviews of the World Service

The performance of the World Service will be assessed by the BBC, reported on in its annual report and reviewed by the Chair of the BBC Board and the Foreign Secretary (or their nominated representatives) at least annually. The review should include a discussion of a written report from the BBC on the performance of the Service against the objectives, priorities and targets and give consideration to whether they should be changed. BBC World Service's compliance with any conditions will also be measured on an annual basis.

An assessment of the World Service's performance against the requirements of this Licence will be published on an annual basis. Details of the future plans for the World Service will also be included in the BBC's published annual content plan[8].

The BBC will review the World Service as a whole at least once every five years from the Effective Date of the BBC Charter, considering in particular the performance of the World Service in delivering the requirements set out in this Licence. The BBC may decide to conduct more frequent reviews of particular aspects of the World Service. The BBC will publish the findings of any review(s) conducted. In conducting reviews the BBC will take appropriate account of the views of the public in the United Kingdom and of people across the world who make up the actual or intended audience of the World Service.

6.   Budget

---

[7] The objectives, priorities and targets of the World Service, and the languages in which it is provided, are subject to agreement with the Foreign Secretary.
[8] Article 36 of the Charter.

The budget for the World Service must be at least £254 million for each of the financial years from 2017/18 to 2021/22.[9] This includes spending on content, distribution and capital. Details of spending will be published in the BBC's Annual Report and Accounts.

In addition, aspects of the World Service (whether entire language services or enhancements to services otherwise funded by the licence fee) may be funded by a grant from the UK Government to undertake particular defined projects connected with the World Service as set out in Clause 36 of the Framework Agreement. The projects are provided subject to the continuation of such grant funding.

The acceptance and use of such funding is subject to an agreement with the UK Government. SCHEDULE 4 of this Licence records the details of projects funded under Clause 36 at any given time.

The World Service should continue to seek alternative sources of funding, including from limited permitted commercial activity, in accordance with the requirements of Clause 49 of the Framework Agreement and the World Service Statement of Policy for Alternative Finance[10], where this does not impinge on delivery of its Remit and is within regulatory requirements.


7.   **Changes to this licence**

Over time it is expected that the World Service will need to change in order to meet its objectives, priorities and targets. It is also important that the World Service can respond in an agile manner to events and the needs of audiences as they change around the world.

Any changes to this Licence must be approved by the BBC Board. In considering changes the BBC Board may take account of a range of factors, depending on the potential significance of the proposed change.

The BBC Board recognises that some factors may be outside of the control of the World Service, for example changes in the security or regulatory situation which disrupt the ability of the BBC to operate in specific territories. The BBC Board would not expect to update the Licence in such cases, unless this was considered to be a permanent change.

Any change to the languages provided, including the start of a new service in a language not currently served or ceasing entirely to provide services in a particular language must be agreed with the Foreign Secretary.[11]

Any changes to the objectives, priorities and targets must be agreed with the Foreign Secretary.

---

[9] Clause 33 of the Framework Agreement.
[10] The World Service Policy for sources of finance other than the Licence Fee ("Alternative Finance") see http://www.bbc.co.uk/aboutthebbc/insidethebbc/howwework/policiesandguidelines/partnerships_and_finance.html
[11] Clause 33.(6) of the Framework Agreement. Separate requirements apply in relation to activity funded under Clause 36 of the Framework Agreement.

**SCHEDULE 1**

**Objectives, priorities and targets**

The BBC must agree "objectives, priorities and targets" for the World Service with the Foreign Secretary.[12] Without limiting the ability of the BBC and the Foreign Secretary to agree other objectives, the objectives for the World Service must contribute to the fulfilment of the Mission and the promotion of the Public Purposes including providing high-quality news coverage, current affairs and factual programming to international audiences, firmly based on British values of accuracy, impartiality, and fairness.

For these purposes

  a.  an "objective" is a medium- to long-term ambition for the World Service, expressed in general terms and it should relate to the World Service's provision of trusted news, fulfilment of its Remit and promotion of the Public Purposes;

  b.  a "priority" is an expression of the relative importance of the objectives;

  c.  a "target" is a measurable criterion of the public value delivered by the World Service (based, in particular, on the reach, quality, impact and value for money that it achieves), which must be consistent with the objectives and priorities set for the Service.

**Objectives, Priorities and Targets for the World Service as agreed between the BBC and the Foreign Secretary**

| | OBJECTIVES | PRIORITIES by 2022/23 | TARGETS by 2022/23 |
|---|---|---|---|
| 1 | **To maximise the reach of all language services in line with its Remit and subject to value for money**<br><br>**(Reach)** | The objective to extend reach is aligned with objectives 2 and 3 which address Quality and Impact. They are underpinned by objective 4 (Value for money) which is essential for the effective delivery of all objectives.<br>Key elements of importance of Reach include:<br>  a.  Language services to be agile and flexible, able to respond and adapt quickly to changes brought about by world events, media market | • Total reach: from 269m to 364m (up by 35%)[13]<br>  o  TV: from 110m to 140m (up by 27%)<br>  o  Audio: from 155m to 160m (up by 3%)<br>  o  Digital: from 38m to 104m (up by 173%)[14]<br>• Increase reach in the following segments:<br>  o  Women: from 43% to 48%<br>  o  Young (15 – 24): from 22% to 27% |

---

[12] Framework Agreement Clause 33.(6).

[13] To be assessed against the following annual milestones towards the target: 2018: 280m; 2019: 304m; 2020: 330m; 2021: 305m; 2022: 364m.

[14] Annual breakdown of reach for digital and other platforms by language service to be published for detailed assessment. See 4. Targets (Value).

| | | | |
|---|---|---|---|
| | | conditions and changing consumption habits in order to maintain audience levels.<br>b. Using insight to target important demographics such as opinion formers and particularly under-served groups such as the younger generation and women. | |
| 2 | **To be the world's most trusted provider of accurate and independent international news and current affairs**<br><br>**(Quality)** | This objective is aligned with objectives 1 and 3 which address reach and impact. They are underpinned by objective 4 (Value for money) which is essential for the effective delivery of all objectives.<br>Key to the importance of Quality is that the BBC World Service should actively sustain its strong reputation as the most trusted international news provider globally and aim to be one of the most trusted news providers in countries where it operates. | • BBC to be rated higher than relevant international news competitors[15] for the following measures:<br>  o Reliable<br>  o Trustworthy<br>  o Independent |
| 3 | **To provide accurate, impartial and independent news and current affairs covering international and national developments, so that its audiences can engage in democratic processes as informed citizens, and to reflect the United Kingdom, its** | This objective is aligned with objectives 1 and 2 which address Reach and Quality. They are underpinned by objective 4 (Value for money) which is essential for the effective delivery of all objectives.<br>Key to the importance of Impact will be creating content that: | • BBC to be rated higher than international news competitors for range of audience indicators on understanding of world events:<br>  o "Helps me gain a more in-depth understanding"<br>  o "Informs my world view" |

[15] The relevant competitor set for the BBC World Service consists of other global, international news providers with similar scope, budget and size. The set, which is not exhaustive or exclusive, and which will depend to a degree from market to market, includes in most markets international news providers such as BBG, DW, FMM, etc.

| | | | |
|---|---|---|---|
| | culture and values to the world<br><br>(Impact) | a. Informs, inspires and engages its audiences.<br>b. Places the UK in a world context, aiding understanding of the UK and its nations and regions where appropriate.<br>c. Contributes to good governance and accountability by supporting informed, balanced public debate that helps audiences understand the world around them and make sense of competing views, including where there is a shortfall of high-quality news. | o "Helps me to understand what is essential to know, even if it's not of interest to me" |
| 4 | To demonstrate value for money, transparency and seek alternative sources of funding where appropriate and in line with its remit<br><br>(Value) | This objective underpins the effective delivery of all objectives.<br>Key to the importance of Value for Money is that the BBC World Service should:<br>a. Ensure value for money in the provision of services.<br>b. Publish a range of performance measures and information on the World Service for public scrutiny and in line with the Charter obligations to demonstrate the value it delivers.<br>c. Seek appropriate opportunities to access other sources of income, where this does not impinge on delivery of the BBC World Service's remit, is within regulatory requirements, and is mindful of local market impact. | • Undertake regular annual and all other reviews as stated in the Framework Agreement to assess the efficiency of provision of services, value for money and infrastructure requirements of the World Service, where and when appropriate benchmarking against similar international news competitors.<br>• Publish annual performance measures and information for the World Service. For digital reach this will be for each individual language service as well as overall. The possibility of publishing similar language service data for other platforms will be kept under review, subject to availability of data and proportionality of approach.<br>• Report annually on funding, including alternative sources of income. |

|  |  |  |
|--|--|--|
|  |  |  |

**Reporting and Review**

The BBC will report annually against the objectives, priorities and targets agreed between the Foreign Secretary and the BBC Board. This will include assessment of progress against quantitative targets.

The Foreign Secretary and the BBC Chair (or their nominated representatives) will meet annually to discuss the services, review the performance report, and consider any adjustments that need to be made, including targets. If both parties agree they may also consider adjustments to services outside this timing, in response to significant changes in market conditions or world events. The BBC World Service Group Director and FCO Director of Communication shall also meet regularly and in any event not less than once every six months to discuss performance and any other issues as necessary.

SCHEDULE 2

**List of services and target audience**

| Language Service | Remit | Aims |
|---|---|---|
| **Global English** | | |
| **World Service English**<br><br>*(including, but not limited to, the English language international TV news service currently known as BBC World News).* | Should be available to English speaking audiences around the world, via audio and online and may be made available on TV. | Should aim to meet the needs of English-speaking audiences interested in a global perspective on international news and current affairs, in-depth analysis on global issues and wider mix of genres offering inspiring and thought-provoking programming. |
| **Languages** | | |
| **Arabic** | Should be available to Arabic speaking audiences around the world, particularly in the Middle East and North Africa, via a 24 hours TV channel, audio and online. | Should aim to meet the needs of Arabic speaking audiences interested in mix of domestic and international news and current affairs, together with other genres such as debate, arts, business, technology and sport programming. |
| **Azeri** | Should be available to audiences in Azerbaijan and Azeri speakers around the world as an online service. | Should meet the needs of Azeri speakers by providing a mix of local news from a global perspective and international news and current affairs. |
| **Bengali** | Should be available to audiences in Bangladesh, India and neighbouring countries on TV, audio and online. | Should meet the needs of Bengali speakers interested in local news from a global perspective and international news and current affairs |
| **Burmese** | Should be available to audiences in Burma and be available to Burmese speakers around the world on TV, audio and online. | Should meet the needs of Burmese speakers by providing a mix of local news from a global perspective and international news and current affairs. |
| Chinese<br>(**Mandarin** and **Cantonese**) | Should be available to audiences in mainland China, Hong-Kong, Taiwan, and Chinese speaking audiences around the world as an online and audio service (in Cantonese only). | Should aim to meet the needs of Chinese speaking audiences around the world interested in in-depth news and analysis about global issues, modern China and other genres such as education, technology, science, entertainment and sport. |

| | | |
|---|---|---|
| **French for Africa** | Should be available to Francophone audiences in Africa on TV, audio and online. | Should meet the needs of French speakers of Africa by providing a mix of local news from a global perspective and international news and current affairs. |
| **Hausa** | Should be available to Hausa speaking audiences in Nigeria, Niger, Ghana, Chad, Sierra Leone and Hausa speakers around the world on TV, audio and online. | Should meet the needs of Hausa speaking audiences interested in a mix of local news and international and current affairs and analysis, as well as other genres such as sports programming. |
| **Hindi** | Should be available to Hindi speaking audiences in India, Nepal, Bangladesh and Hindi speakers around the world on TV, audio and online. | Should met the needs of Hindi speaking audiences interested in international news, news about India and a global perspective on India related stories. |
| **Indonesian** | Should be available to audiences in Indonesia and Indonesian speaking audiences around the world on audio and online. | Should aim to meet the needs of Indonesian-speaking audiences interested in international news and current affairs from a global perspective. |
| **Kinyarwanda / Kirundi** | Should be available to Kinyarwanda / Kirundi speaking audiences in Rwanda and Burundi, and the wider Great Lakes region on audio and online. | Should meet the needs of Kinyarwanda / Kirundi speakers by providing a mix of local news from a global perspective and international news and current affairs. |
| **Kyrgyz** | Should be available to audiences in Kyrgyzstan and Kyrgyz speaking audiences around the world TV, audio and online. | Should meet the needs of Kyrgyz speakers by providing a global perspective on international news and current affairs. |
| **Nepali** | Should be available to audiences in Nepal and Nepali speakers in neighbouring countries on audio and online. | Should meet the needs of Nepali speakers interested in regional and international news and current affairs. |
| **Pashto and Dari** | Should be available to audiences in Afghanistan and Pakistan and Pashto and Dari speakers around the world on TV, audio and online. | Should meet the needs of Pashto and Dari speakers with the mix of local news on Afghanistan and Pakistan from a global perspective as well as and international news and current affairs. |

| | | |
|---|---|---|
| **Persian** | Should be available to audiences in Iran, Afghanistan and Tajikistan and Persian speakers around the world on TV, audio and online. | Should aim to meet the needs of Persian speaking audiences interested in mix of domestic and international news and current affairs, together with other genres. |
| **Portuguese for Brazil** | Should be available to audiences in Brazil, and Portuguese speakers around the world as an online service. | Should aim to meet the needs of Portuguese speakers with an interest in analysis of international news and current affairs and other genres such as health, technology, and science. |
| **Russian** | Should be available to audiences in Russia, and Former Soviet Union countries on TV and online. | Should met the needs of Russian speaking audiences interested in international news, news about Russia and a global perspective on Russia-related stories. Also, provide a richer mix of BBC produced content designed to engage underserved audiences in target area. |
| **Sinhala** | Should be available to Sinhala speaking audiences in Sri Lanka and around the world on audio and online. | Should meet the needs of Sinhalese speakers interested in international news and news about Sri Lanka and wider region from a global perspective. |
| **Somali** | Should be available to Somali speaking audiences in Somalia, Ethiopia and Kenya and neighbouring countries on TV, audio and online. | Should meet the needs of Somali speakers with the mix of local, regional and international news. |
| **Spanish** | Should be available to Spanish speakers in Latin America, and diaspora audiences in the US as an online service. | Should meet the needs of Spanish speaking audiences interested in international news and current affairs and global issues affecting Latin America. |
| **Swahili** | Should be available to Swahili speakers, particularly in Kenya, Tanzania, eastern DRC and Uganda on TV, audio and online. | Should meet the needs of Swahili speaking audiences interested in a mix of local news and international and current affairs and analysis, as well as other genres such as sports programming. |
| **Tamil** | Should be available to Tamil-speaking audiences in India and around the | Should meet the needs of Tamil speaking audiences interested in |

| | world on TV, audio and online. | international news and current affairs. |
|---|---|---|
| **Turkish** | Should be available to audiences in Turkey, and Turkish speakers around the world as an online service. | Should meet the needs of Turkish speaking audiences interested in international news and current affairs. |
| **Ukrainian** | Should be available to audiences in Ukraine, and Ukrainian speaking diaspora audiences around the world as an online service. | Should meet the needs of Ukrainian speaking audiences with an interest in international news and current affairs. |
| **Urdu** | Should target Urdu speaking audiences in Pakistan, India and Nepal and be available to Urdu-speakers around the world on TV, audio and online. | Should met the needs of Urdu speaking audiences with the mix of local and international news, news about Pakistan and a global perspective on Pakistan related stories. |
| **Uzbek** | Should be available to Uzbek speaking audiences in Uzbekistan and Afghanistan on TV, audio and online. | Should meet the needs of Uzbek speakers with interest in international news and current affairs. |
| **Vietnamese** | Should be available to audiences in Vietnam and be available to Vietnamese speakers around the world as an online service. | Should meet the needs of Vietnamese speakers with interest in international news and current affairs. |
| **Thai** | Should be available to audiences in Thailand and Thai speakers around the world as an online service. | Should meet the needs of Thai speaking audiences with interest in international news and current affairs. |
| **Amharic** | Should be available to audiences in Ethiopia and Amharic speakers around the world on audio and online. | Should meet the needs of Amharic speakers with the mix of local and international news. |
| **Afaan Oromo** | Should be available to audiences in Ethiopia and Afaan Oromo speakers around the world on audio and online. | Should meet the needs of Oromo speakers with the mix of local and international news. |

| | | |
|---|---|---|
| **Tigrinya** | Should be available to audiences in Eritrea and Tigrinya speakers around the world on audio and online. | Should meet the needs of Tigrinya speakers with the mix of local and international news. |
| **Yoruba** | Should be available to Yoruba speakers in Nigeria and around the world on audio and online. | Should meet the needs of Yoruba speakers with the mix of local and international news. |
| **Igbo** | Should be available to Igbo speakers in Nigeria and around the world on audio and online. | Should meet the needs of Igbo speakers with the mix of local and international news. |
| **Pidgin** | Should be available to Pidgin speakers in Nigeria and around the world on radio and online. | Should meet the needs of Pidgin speakers with mix of local and international news. |
| **Gujarati** | Should be available to Gujarati speakers in India and around the world on TV and online. | Should meet the needs of Gujarati speaking audiences interested in international news and current affairs. |
| **Marathi** | Should be available to Marathi speakers in India and around the world on TV an online. | Should meet the needs of Marathi speaking audiences interested in international news and current affairs. |
| **Telugu** | Should be available to Telugu speakers in India and around the world on TV and online. | Should meet the needs of Telugu speaking audiences interested in international news and current affairs. |
| **Punjabi** | Should be available to Punjabi speakers in India and around the world on TV and online. | Should meet the needs of Punjabi speaking audiences interested in international news and current affairs. |
| **Korean** | Should be available to audiences in Korean peninsula and Korean speakers around the world on audio and online. | Should meet the needs of Korean speaking audiences interested in mix of local and international news and current affairs. |
| **Serbian** | Should be available to audiences in Serbia and Serbian speakers around the world as an online service. | Should meet the needs of Serbian speaking audiences interested in mix of local, regional and international news and current affairs. |

# EXHIBIT C



| Home | TV | Radio | Talk | Where I Live | A-Z Index |

**Search**

BBC News frontpage | Low Graphics version                                                    Help

# ABOUT **BBC** NEWS

Frontpage

**This is BBC News**

This is BBC News

Profiles

Facts and Figures

History

Tools and Services

**BEHIND THE SCENES**

Editorial Policy

A Day in the Life

News Centre Guide

**WHAT'S ON**

Radio

TV

**CONTACT US**

Feedback

**FROM BBC>>**

Jobs

**RELATED SITES**

**BBC NEWS**

## This is BBC News

**By Richard Sambrook**
Director, BBC News

**BBC News gathers and produces national daily news, business, political and current affairs programmes on BBC television and radio.**

It is also responsible for the continuous news channels BBC News 24, BBC Parliament, BBC World, interactive services, Ceefax and the web site BBC News Online.


The news centre dominates the entrance to BBC Television Centre

**Across the globe**

BBC News is the largest broadcast news operation in the world with more than 2,000 journalists and 48 newsgathering bureaux, 41 of which are overseas.

Last year BBC News reported from more than 150 countries and produced more than 45,000 hours of programming - that works out at an average of 120 hours of news broadcasting for every day of the year.

BBC News is also a global news provider reaching more than 260 million viewers through the international TV news channel BBC World and more than 150 million listeners via BBC World Service. These services are not funded by the licence fee but by grants for the World Service and commercial income for BBC World.

The bulk of programming comes from the news centre in Television Centre, West London - the largest such operation in the world. Political programming, including the BBC Parliament channel, is based in the heart of Westminster at Millbank while international radio programming comes from the home of World Service - Bush House in central London.


Hundreds of people work behind the scenes on the BBC's news output

BBC News does not produce the BBC's UK regional news programmes and services but works very closely with BBC Nations and Regions across all media to ensure that we reflect the diverse picture of life in communities throughout the UK.

Alongside journalists, BBC News employs 700 people in the Resources department, providing a comprehensive range of dedicated location, editing, graphics and studio facilities, and operational staff for BBC News, including IT and engineering services.

**BBC NEWS DEPARTMENTS**

Overview of BBC News

Television news

Radio News

Current Affairs

Political programmes

News Interactive

Newsgathering

**BEHIND THE SCENES**

Editorial policy

Guide to the BBC News Centre


**Profiles**
Find out about your favourite presenters and correspondents


**BBC News history**
Learn about the events that have shaped BBC News since 1922

### Journalism

All our journalism strives to be impartial, fair and accurate. Our strength is in the depth of knowledge in our journalism, the quality of analysis and range of subjects, original first hand reporting and investigations from around the world.

### Examples from the past year:

• Michael Buerk's harrowing new evidence of the extent of Aids in southern Africa led the BBC One Ten O'Clock bulletin and was an example of setting our own agenda.

• James Westhead's investigation into internet chat rooms for the Six O'Clock News identified a potential abductor.

• True Spies, Licence to Murder, Horse Racing Corruption (which won the programme team Royal Television Society award) and the Secrets of Seroxat, were strong, original current affairs programmes.

### A trusted voice

BBC News is respected both in the UK and around the world for the strength of its journalism and impartiality. Since the first radio news bulletins almost 80 years ago, BBC News has become the first place people turn to during big news events.

According to an ICM poll, 93% of the UK population turned to BBC television, radio, text or online during the first two weeks of the war in Iraq. In the first week of the conflict, BBC News 24 was seen by 70% of the population - 40 million people. Traffic to BBC News Online increased massively with one week in March seeing a record 140 million page impressions - a typical weekly figure would be 45 million.

### Improving understanding

One of BBC News' aims over the past year has been to revitalise the coverage of politics in the UK.

We now have a range of new look programmes that are helping to make politics more accessible.

Our current affairs output has added to the nation's



Prime Minister Tony Blair took part in the NHS event day

understanding of critical issues. We've produced themed days on BBC One about topics including the NHS, crime and Iraq. All UK BBC News channels took part plus national and local radio services, digital and interactive TV, online, World Service and CBBC. Each event day reached over 20 million viewers and gained some of the highest peak audiences for current affairs.

© BBC

^^ back to top

**About BBC News**

Feedback | Help | BBC frontpage>>

# EXHIBIT D

**B B C**  Sign in          Home     News     Sport     Reel     Worklife     Travel

# NEWS

Home | War in Ukraine | Climate | Video | World | US & Canada | UK | Business | Tech | Science



02:36

# The dads spreading love to stop fights in school

Dads on Duty are a team of fathers who patrol Southwood High School in Shreveport, Louisiana. They got together after more than 20 students had been arrested for fighting.

With a friendly face and a few dad jokes they've helped to reduce the level of violence.

For more positive stories listen to the **People Fixing the World podcast**.

*Reporter/producer: Ben Wyatt*

*Camera: Lisa Janae*

Stories · 7 November 2022



# EXHIBIT E



Search

# SOUNDS

Menu ⌄



People Fixing The World
—
## Dads on duty

**Released On:** 27 Sep 2022    Available for over a year

How volunteer dads are reducing school violence in Louisiana **Read more** ⌄

| More episodes �mod |
|---|

| Programme Website ⧉ |
|---|

# Coming Up Next

EXHIBIT F

Case 3:23-cv-00720-TAD-KDM   Document 54-2   Filed 08/15/23   Page 33 of 45 PageID #: 633



≡ Menu    Search

## Media Centre

Menu

# A record year for BBC Studios as it builds commercial income

The BBC's principal commercial subsidiary shares an overview of its strategic and financial performance for 21/22.

🕐 Published: 12 July 2022



> **Last year was stellar for BBC Studios, thanks to continued strong demand for our brands like Strictly/Dancing with the Stars, Time, Bluey, and the Planet series."**
>
> — Tom Fussell, CEO, BBC Studios

- Highest-ever sales (£1.6bn) and profit (£226m) in 21/22
- Production sales up 56%; content sales over £400 million; UKTV profit up 105%

- 2400 hours of content made; a quarter for third parties
- Pay gap report shows progress in reducing gender pay disparity

BBC Studios, the BBC's principal commercial subsidiary, today publishes a record set of results which positions the business well for future growth, as part of a summary of its strategic and financial performance for the year 2021/22.

Overall sales were £1,630 million (2020/21: £1,255 million), a jump of 30% thanks to a very healthy year for production and UKTV. Profit (EBITDA) up 50% year-on-year to £226 million (2020/21: £151 million), the first time the business has exceeded £200 million, with a £135 million cash dividend (2020/21: nil) going back to the BBC.

Tom Fussell, CEO of BBC Studios, said: "Last year was stellar for BBC Studios, thanks to continued strong demand for our brands like Strictly/Dancing with the Stars, Time, Bluey, and the Planet series. Our creative and financial success is clear for all to see and I am so proud of our teams across the world who worked so hard to achieve this in extremely challenging conditions. With new freedom to invest, and a new commercial board, now is the time for the business to step up a gear. Despite an uncertain economic climate, we're hugely confident about the opportunities ahead: and while this investment in future growth might impact on our profits over the short term, we know that we are building a business which can play a more significant role in the future of the BBC."

This performance was driven by a rise in production sales, which were up 56%, with a quarter of all new commissions from third parties. With 2,400 hours of content made worldwide, BBC Studios was the most awarded UK producer, with 288 nominations and 55 awards for creativity and craft in the year, including multiple awards for Rose and Giovanni's silent dance as part of their winning performance on Strictly Come Dancing.

UKTV also had a record year, with profit (EBITDA) up 105% as the advertising market bounced back to boost revenues, and thanks to increased audience share (and share of commercial impacts) at record levels. Its channels performed very well, with Drama, Gold and Alibi increasing their share by 11%, 7% and 5%, respectively, in the 2021 calendar year, and Dave upping its share of 16-34 year olds by 14% as audiences responded enthusiastically to investment in new original content, while streaming service UKTV Play added 1m registered users.

Content sales were strong at over £400 million, thanks to key brands like Doctor Who and Top Gear, unscripted landmarks The Universe and Green Planet, alongside hits from our indie partners including The North Water, This is Going To Hurt and The Outlaws.

BBC Studios continued to transform, welcoming Global News, Kids & Family and scripted label House, maker of hit drama Sherwood, to its production business to drive opportunities for global customers. In the year, BBC Studios as part of the BBC, committed to science based Net Zero targets, signed the Climate Content Pledge, plus an impressive 98% of BBC Studios UK productions received albert certification.

Looking ahead, the business has stretching targets to grow by 30%. With these results, and new headroom in the business' ability to borrow opening up opportunities to invest, BBC Studios is in a strong position to build commercial income in line with BBC Group priorities.

Returns more than doubled to £353 million (2020/21: £137 million), as the business achieved its target of £1.2 billion over the first five years of the current Charter, helped by strong cash generation and a dividend of £135 million. Investment in high quality content was up 67% year on year.

BBC Studios also published today its annual pay gap report, with details of pay gaps for gender, ethnicity, disability and LGBTQ+ employees broken down by career level band, as well as global analysis for the first time. The majority of career level bands show median pay gaps of within +/- 5%, while the overall median gender pay gap is now below 10%. In entry level roles (career level band A), new schemes to increase diversity are impacting some pay gap metrics, but this is important work for improving diversity across the business.

Tom Fussell added: "We're amongst the most transparent in the media sector for pay gap disclosures, with breakdowns for gender, disability, ethnicity and LGBTQ+ across all levels of the business, as well as new data this year for our global staff. While there is much to be proud of as our gender pay gap continues to fall, inevitably these figures paint a picture of a work-in-progress, especially where we are investing in the talent of the future. We know there is work to do to achieve the equality we seek across the board, and we will work tirelessly to make this happen."

-Ends-

For more information, please contact:

Hannah Bailey/Gwen Eluned - hannah.bailey@bbc.com; gwen.eluned@bbc.com

BBC Studios Corporate Communications

NOTES TO EDITORS

## About BBC Studios

BBC Studios is a commercial subsidiary of the BBC Group with profits (EBITDA) of £226 million on sales of £1.6bn (21/22). Able to take an idea seamlessly from thought to screen and beyond, its activities span content financing, development, production, sales, branded services, and ancillaries across both its own productions, and programmes and formats made by high-quality

UK independents, with three-quarters of its revenues from non-BBC customers including Discovery, Apple and Netflix. Around 2,400 hours of award-winning British programmes made by the business are internationally recognised across a broad range of genres and specialisms, with brands like Strictly Come Dancing/Dancing with the Stars, Top Gear, Bluey and Doctor Who. BBC.com, BBC Studios' global digital news platform, has 139 million unique browser visits each month.

BBC Studios | Website | Press Office | Twitter | LinkedIn | Instagram |

## Search by tag:

**BBC Studios**

## Explore the BBC

| | |
|---|---|
| Home | News |
| Sport | Reel |
| Worklife | Travel |
| Future | Culture |
| TV | Weather |
| Sounds | |

| | |
|---|---|
| Terms of Use | About the BBC |
| Privacy Policy | Cookies |
| Accessibility Help | Parental Guidance |
| Contact the BBC | Get Personalised Newsletters |
| Advertise with us | AdChoices / Do Not Sell My Info |

Copyright © 2022 BBC. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

# EXHIBIT G





## About the BBC

Menu

# Commercial Board

The BBC Commercial Board oversees the delivery of the Corporation's commercial ambitions.

The BBC Board is the main decision making body for all of the BBC, including the BBC's commercial activities, which are undertaken through commercial subsidiaries.

The BBC Commercial Board oversees the delivery of the Corporation's commercial ambitions. It reports to the BBC Board on the delivery of BBC Studios' objectives, in line with the BBC's overall commercial strategy, and on BBC Studioworks.

The BBC Commercial Board is chaired by Sir Damon Buffini, a non-executive member of the BBC Board, and comprises a majority of six non-executive members alongside three executives.

## Directors of the BBC Commercial Board



**Damon Buffini**

Deputy Chair; Chair



**Gunjan Bhow**

Non-executive Director



**Lorraine Burgess**

Chief Financial Officer, BBC Studios



**Tom Fussell**

CEO, BBC Studios



**Mai Fyfield**

Non-executive Director



**Ian Griffiths**

Non-executive Director



## Claire Hungate

Non-executive Director



## Gary Newman

Non-executive Director



**Bhav Singh**

Non-executive Director



**Leigh Tavaziva**

Group Chief Operating Officer

📄 Terms of reference

# BBC commercial subsidiaries' executive committees

Each of the BBC's commercial subsidiaries has an executive committee, which is responsible for the operational management of that subsidiarity.

## BBC Studios

The members of the BBC Studios Executive Committee are:

- Marcus Arthur, President, UK Distribution and CEO, UKTV
- Martha Brass, COO, Studios Productions
- Lorraine Burgess, Chief Financial Officer
- Charlotte Elston, Director of Communications
- Martyn Freeman, Chief Operating Officer
- Tom Fussell, CEO
- Rebecca Glashow, Chief Executive Officer, Global Distribution
- Ralph Lee, CEO, Studios Productions
- David Moody, Director of Strategy & Business Development
- Jabbar Sardar, HR Director
- Nicki Sheard, President, Brands & Licensing

📄 Terms of reference

## BBC Studioworks

The members of the Studioworks Executive Committee are:

- Andrew Moultrie, Chief Executive Officer
- John O'Callaghan, Operations Director
- Alison De Santos, Finance Director
- Katie Leveson, Culture and Transformation Director
- Jon Noakes, Commercial Director
- Geoff Ward, Technical Operations Manager
- Steve Jenkinson, Operations Manager
- Hazel Marie Francis, Communications and Marketing Manager
- Cathy McGrath, HR Manager

📄 Terms of reference

---

## Explore the BBC

| | |
|---|---|
| Home | News |
| Sport | Reel |
| Worklife | Travel |
| Future | Culture |
| TV | Weather |
| Sounds | |

---

| | |
|---|---|
| Terms of Use | About the BBC |
| Privacy Policy | Cookies |
| Accessibility Help | Parental Guidance |
| Contact the BBC | BBC emails for you |
| Advertise with us | |

**Copyright © 2023 BBC.** The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**