UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

---

| | |
|---|---|
| **CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, AND JEFF CROUERE,** *Plaintiffs*, v. **WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS & REUTERS NEWS AND MEDIA INC.,** *Defendants*. | CIVIL ACTION NO. 3:23-cv-00720<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky |

---

## [PROPOSED] ORDER GRANTING PLAINTIFFS' ALTERNATIVE MOTION FOR JURISDICTIONAL DISCOVERY

Having reviewed Plaintiffs' alternative motion for jurisdictional discovery related to Defendant The British Broadcasting Company ("BBC"), and good cause appearing, the Court orders as follows.

1. The motion is granted.

2. The hearing on the BBC's motion to dismiss for lack of personal jurisdiction (ECF 39) will be stayed for at least 90 days (the "Period of Abeyance").

3. Plaintiffs shall be entitled to obtain the following documents from the BBC during the 90-day Period of Abeyance:

   a. Communications between the BBC (and any of its subsidiaries) and the American members of the Trusted News Initiative ("TNI") about the formation of the TNI;

   b. Communications between the BBC (and any of its subsidiaries) and the American members of the TNI about any of the Plaintiffs;

   c. Communications between the BBC (and any of its subsidiaries) and the American members of the TNI about the 2020 U.S. presidential election;

   d. Communications between the BBC (and any of its subsidiaries) and the American members of the TNI about the publication of alleged COVID-19 misinformation in America;

   e. Communications between the BBC (and any of its subsidiaries) and the American members of the TNI about the incidents that occurred at the Capitol Building on January 6, 2021;

   f. Documents reflecting the extent of control the BBC exercises over entities operating within the U.S., including BBC Studios;

   g. Documents reflecting the BBC's own commercial activity outside the United Kingdom, and specifically, within the U.S.;

   h. Documents reflecting the BBC's exercise of its mission and charter within the U.S.;

   i. Documents reflecting the business activities of the BBC (and/or its wholly owned subsidiaries) in the U.S., the size of its Washington, DC office, the

    existence of any other offices in the U.S., the number of its employees in the U.S., and the business activities in which those employees are engaged; and

  j. Documents reflecting the BBC's business contacts with the Western District of Louisiana.

 4. The parties shall meet and confer about the timeline for the BBC to produce the requested documents. Responsive documents shall be produced to Plaintiffs no later than 45 days from the date of this order.

 5. Plaintiffs shall also be entitled to take the deposition of Jonathan Munro regarding the matters discussed in his written declaration filed on July 11, 2023 (ECF 39-2).

 6. After the 90-day Period of Abeyance, the parties shall submit a joint stipulation to the Court about the status of the jurisdictional discovery and their ability to file supplemental briefs regarding the information obtained during discovery.

 7. The Court will re-set the hearing on the BBC's motion to dismiss for lack of personal jurisdiction after the 90-day Period of Abeyance.

 IT IS SO ORDERED.

 Dated: _____, 2023  _____
                     U.S. District Judge

SUBMITTED BY,

DATED: August 15, 2023

*/s/ G. Shelly Maturin, II*

_____

| | |
|---|---|
| G. SHELLY MATURIN, II | JED RUBENFELD |
| (La. Bar 26994) | (NY Bar 2214104) |
| Maturin Law | (*pro hac vice*) |
| 322 Heymann Blvd., Suite 1 | 1031 Forest Rd. |
| Lafayette, LA 70503 | New Haven CT 06515 |
| Telephone: (337) 362-3514 | Tel: (203) 432-7631 |
| E-mail: shelly@maturinlaw.com | jed.rubenfeld@yale.edu |
| Attorney for Plaintiffs | Attorney for Children's Health Defense |
| | |
| JOHN W. HOWARD (CA Bar 80200) | ROBERT F. KENNEDY, JR. |
| (*pro hac vice*) | (NY Bar 1999994) (*pro hac vice* forthwith ) |
| JW HOWARD/ATTORNEYS, LTD. | 48 Dewitt Mills Rd. |
| 600 West Broadway, Ste. 1400 | Hurley, NY 12433 |
| San Diego, CA 92101 | Tel: (845) 481-2622 |
| Telephone: (213) 205-2800 | Attorney for Children's Health Defense |
| johnh@jwhowardattorneys.com | |
| Attorney for Plaintiffs | |
| | |
| SCOTT J. STREET (CA Bar No. 258962) | ROGER I. TEICH (CA Bar No. 147076) |
| (*pro hac vice*) | (*pro hac vice* forthwith) |
| JW HOWARD/ATTORNEYS, LTD. | 337 Liberty Street |
| 201 South Lake Avenue, Suite 303 | San Francisco, CA 94114 |
| Pasadena, CA 91101 | Telephone: (415) 948-0045 |
| Telephone: (213) 205-2800 | rteich@juno.com |
| sstreet@jwhowardattorneys.com | Attorney for Children's Health Defense |
| Attorney for Plaintiffs | |