IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC. ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE, <br><br>               PLAINTIFFS, <br><br> v. <br><br> WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS & REUTERS NEWS & MEDIA, INC., <br><br>               DEFENDANTS. | Civil Action No. 3:23-cv-00720 |

## [PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF

**IT IS ORDERED** that the State of Louisiana's motion for leave to file an amicus curiae brief in support of the Plaintiffs is **GRANTED** and the brief attached to the motion is ordered **FILED**.

Signed this _____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**