UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **Children's Health Defense, Trialsite, Inc., Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Dr. Ben Tapper, Ben Swann, Dr. Joseph Mercola, Ty Bollinger, Charlene Bollinger, and Jeff Crouere**<br><br>*Plaintiffs*,<br><br>— against —<br><br>**WP Company, LLC (D/B/A The Washington Post), The British Broadcasting Corp., The Associated Press, and Reuters News & Media, Inc.,**<br><br>*Defendants.* | Civil Action No. 3:23-cv-00720<br><br>Judge Terry A. Doughty<br><br>Magistrate Judge Kayla D. McClusky<br><br>**DECLARATION OF CASEY J. OLBRANTZ** |

I, Casey J. Olbrantz, declare as follows:

1. I am a member of the New York Bar and admitted *pro hac vice* before this court. I am an attorney at Reed Smith LLP, counsel for defendant the British Broadcasting Corporation ("BBC") in the above-captioned action. I submit this declaration in further support of the BBC's motion to dismiss the Plaintiffs' complaint for lack of personal jurisdiction.

2. This declaration addresses new factual assertions made by Plaintiffs through (i) the August 15, 2023 Declaration of Brian Creter ("Creter Declaration"), and (ii) their opposition brief to the co-defendants' pending motion to transfer the case ("Transfer Opposition"). This declaration is not intended to be a complete refutation of all Plaintiffs' assertions, but focuses on the issues most pertinent to the pending motions.

3. The facts stated below are true based on my own personal knowledge and belief, and based on my review of records and information collected from BBC.

4. Defined terms used herein are the same as in the July 11, 2023 Declaration of Jonathan Munro (ECF 39-2) ("Munro Declaration").

## I. Mr. Creter's Statements That bbc.com Is "Interactive" Or That Such "Interactions" Entail Business Transactions In Louisiana Are False

5. Paragraphs 21-23 of the Creter Declaration claim that bbc.com is "interactive." Mr. Creter indicates that a link at the very bottom of bbc.com titled "Contact the BBC" takes a person to the BBC's separate United Kingdom website, bbc.co.uk.

6. Upon navigating to the BBC's separate United Kingdom website, Mr. Creter states that a person can "input their personal information" to "apply for tickets to BBC radio/television shows," "donate to BBC causes," "apply for BBC grants, and "create an account."

7. In footnotes to paragraphs 21-23, the Creter Declaration provides links to BBC's United Kingdom website for each of those four kinds of purported "interactivity." None of these purported interactive features on BBC's separate United Kingdom website in any way indicate that BBC transacts business in Louisiana:

- https://www.bbc.co.uk/showsandtours/Shows enables people to sign up for "free television and radio tickets in the UK."

- https://www.bbcchildreninneed.co.uk/grants/apply links is to a charity's website named BBC Children In Need, which is a distinct legal entity.[1]

- https://www.bbc.co.uk/appeal facilitates donations to certain charities that are independent entities from BBC, whose work has been featured by the BBC in radio and televisions programs produced for the BBC's UK Public Services.

- https://www.bbc.co.uk/usingthebbc/your-bbc-account explains certain features that BBC's United Kingdom website offers to users, none of which offer services or products for payment, nor any other kinds of business transactions.

---

[1] *See* Charity Commission for England and Wales, BBC Children In Need, https://register-of-charities.charitycommission.gov.uk/charity-search/-/charity-details/802052/.

- 3 -

8. Relatedly, as indicated in Section II of the Loweth Declaration, bbc.co.uk and bbc.com are different sites that are operated by different entities, BBC and BBC Studios, respectively.

## II. The Transfer Opposition's Assertions Concerning the TNI

9. In their opposition to the co-defendants' motion to transfer, Plaintiffs allege that a man named Nathaniel Gleicher is associated with Meta, resides in the Bay Area, and was involved with the TNI, but was "omitted" from Defendants' list of "platform witnesses." *See* ECF 52 at 18-19. This is incorrect.

10. I have reviewed the underlying BBC records that Mr. Munro used to generate his declaration. Contrary to Plaintiffs' bare assertions, the Munro Declaration's description of TNI participant nationalities was correct, and Mr. Gleicher is not listed as a participant in any TNI working group.

11. Notably, paragraphs 21 and 22 of the Munro Declaration stated that the TNI conducts annual "summit" meetings among members, and Mr. Munro specifically indicated that Americans have attended annual summits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 29, 2023

_____
Casey J. Olbrantz