(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| Children's Health Defense, et al. | Case No.   3:23-cv-00720 |
|---|---|
| Plaintiff | |
| VS. | Judge   Terry A. Doughty |
| WP Company, LLC, et al. | Magistrate Judge   Kayla D. McClusky |
| Defendant | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made for **ROGER IAN TEICH** to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Plaintiff Children's Health Defense in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the Northern District of California and the bar of the Supreme Court of California, which is the highest court of such state.  Attached hereto is a certificate of good standing from such state court, dated August 21, 2023.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, G. Shelly Maturin, II of the firm of Welborn & Hargett, LLC is appointed as local counsel.

(Rev. 6/14/2022)

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted,

s/ Roger Ian Teich
Signature of Applying Attorney

s/ G. Shelly Maturin, II
Signature of Local Counsel

Applying attorney may use typed "s/ signature."

Local counsel may use typed "s/ signature" and must file electronically.

PLEASE TYPE OR PRINT LEGIBLY:

LOCAL COUNSEL INFORMATION:

Name:        Roger Ian Teich
Firm:
Address:     337 Liberty Street
             San Francisco, CA 94114
Telephone:   415-948-0045
Fax:
E-mail:      rteich@juno.com
Additional e-mail(s):
sabineservices@gmail.com

Name:        G. Shelly Maturin, II
Firm:        Welborn & Hargett, LLC
Address:     1540 W. Pinhook Rd.
             Lafayette, LA 70503
Telephone:   337-234-5533
Fax:         337-769-3173
E-mail:      shelly@wandhlawfirm.com