(Rev. 6/14/2022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| Children's Health Defense, et al. | Case No. 3:23-cv-00720 |
| Plaintiff | |
| VS. | Judge Terry A. Doughty |
| WP Company, LLC, et al. | Magistrate Judge Kayla D. McClusky |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Roger Ian Teich</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Plaintiff Children's Health Defense</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge