# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE,

    *Plaintiffs*,

v.

WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA INC.,

    *Defendants*.

Civil Action No. 3:23-CV-00720

Judge Terry A. Doughty

Magistrate Judge Kayla D. McClusky

## DECLARATION OF KIERAN MURRAY

I, Kieran Murray, declare as follows:

1. I submit this declaration in support of Defendants' Reply in Support of the Motion to Transfer in the above-captioned matter. I have personal knowledge of the facts set forth herein.

2. I am the Washington, D.C. bureau chief for Reuters, and also the News Editor for the United States and Canada. I am based in Washington, D.C.

3. Reuters is the news and media division of Thomson Reuters. As a news agency (also known as a wire service), Reuters provides business, financial, national, and international news to the world's media organizations and via desktop terminals. Reuters also distributes the

news directly to consumers via Reuters.com and other platforms globally, including in Washington, D.C.

4. Within the District of Columbia, Reuters' offices are located at 1333 H Street NW, Suite 500, Washington, DC 20005, and its business phone number is 202-748-4544.

5. Reuters has maintained ongoing operations in Washington, D.C. for several decades. Employees in the Washington, D.C. office perform newsgathering, reporting, and editing activities for our customers around the world.

6. Reuters currently has approximately 135 editorial and other staff based in Washington, D.C.

7. Reuters provides news coverage to media organizations based in Washington, D.C. Reuters also distributes news directly to consumers in Washington, D.C. through Reuters.com and other platforms.

8. The newsgathering and reporting operations conducted from the Washington, D.C. bureau are substantial and core to Reuters' news business.

9. This declaration supplements the July 11, 2023 declaration of Jane Barrett previously submitted in this matter, which stated that Reuters has U.S.-based editorial staff in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on August 29, 2023.



Kieran Murray