# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CHILDREN'S HEALTH DEFENSE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 2:23-cv-00720 |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, *et al.*, | § § § § | |
| Defendants. | § § | |

## SUPPLEMENTAL DECLARATION OF JOHN DANISZEWSKI

I, John Daniszewski, declare and state the facts I set forth in this supplemental declaration are based on my personal knowledge. If called upon as a witness, I would testify to these facts competently under oath.

1. I submit this supplemental declaration in further support of Defendants' Motion to Transfer in the above-captioned matter.

2. As I attested in my declaration dated July 11, 2023, the Associated Press ("The AP") maintains a news bureau in Washington, DC. The AP's news bureau is located at 1100 13th St. NW #500 Washington, DC 20005.

3. The AP has maintained a news bureau in Washington, DC consistently for 170 years, since 1853.

4. The AP employs approximately 200 people at its news bureau in Washington, DC, including nearly 150 employees in the News division.

5. The AP's Washington, DC news bureau is a key part of The AP's News division and performs core functions of The AP's business, including news gathering and reporting.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 25, 2023

By: _____
John Daniszewski