# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER & JEFF CROUERE,<br><br>        *Plaintiffs,*<br>v.<br><br>WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA, INC.,<br><br>        *Defendants.* | Civil Action No. 3:23-cv-00720 |

### SUPPLEMENTAL DECLARATION OF PETER WALLSTEN

I, PETER WALLSTEN, first being duly sworn, declare as follows:

1. I submit this supplemental declaration in support of Defendants' Reply in support of the Motion to Transfer in the above-captioned matter. I have personal knowledge of the facts set forth herein.

2. As I attested in my declaration dated July 7, 2023, the Washington Post ("the Post") has a New York office, which is located at 20 West 22nd Street, New York, NY 10010.

1

3. The Post has occupied that office since approximately March 2016, and held other New York office space prior to that.[1]

4. The Post's New York office includes a news bureau, which is a key part of the Post's business and performs core news gathering and reporting functions.

5. Approximately 110 employees are assigned to the Post's New York office. These employees include journalists, who prepare original news that is published by the Post, along with employees who work for the company's business, engineering, product and design teams.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on August 28, 2023.

_____
PETER WALLSTEN

---

[1] *See, e.g., The Washington Post unveils new offices in New York* (Mar. 28, 2016), https://www.washingtonpost.com/pr/wp/2016/03/28/the-washington-post-unveils-new-offices-in-new-york/ ("The Washington Post recently unveiled brand new offices in New York. Located in the Flatiron District, the Manhattan-based headquarters make room for growing New York teams across business, news, technology, engineering, design and more.").