UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, AND JEFF CROUERE** | **CASE NO. 3:23-cv-00720** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WP COMPANY, LLC (D/B/A THE WASHINGTON POST), THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, AND REUTERS NEWS & MEDIA, INC.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Upon consideration,

**IT IS ORDERED** that the Motion for Leave to File Brief of *Amici Curiae* of the State of Louisiana in support of the Plaintiffs [Doc. No. 56] is **GRANTED**.

**THEREFORE**, the clerk is requested to file the State of Louisiana's Brief [Doc. No. 56-1] into the record of this matter.

MONROE, LOUISIANA, this 30th day of August, 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE