(Rev. 6/14/2022)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| Children's Health Defense, et al. | Case No.  3:23-cv-00720 |
| Plaintiff | |
| VS. | Judge   Terry A. Doughty |
| WP Company, LLC, et al. | Magistrate Judge   Kayla D. McClusky |
| Defendant | |

## ORDER

IT IS ORDERED that Roger Ian Teich be and is hereby admitted to the bar of this Court pro hac vice on behalf of Plaintiff Children's Health Defense in the above described action.

SO ORDERED on this, the 31st day of August, 2023.

_____
U.S. Magistrate Judge