UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

---------------------------------------------------------

CHILDREN'S HEALTH DEFENSE,
TRIALSITE, INC., CREATIVE
DESTRUCTION MEDIA, LLC,
ERIN ELIZABETH FINN,  JIM HOFT,
DR. BEN TAPPER, BEN SWANN,
DR. JOSEPH MERCOLA,  TY
BOLLINGER, CHARLENE
BOLLINGER, AND JEFF CROUERE,

          *Plaintiffs,*

          v.

WP COMPANY, LLC D/B/A THE
WASHINGTON POST, THE BRITISH
BROADCASTING CORP., THE
ASSOCIATED PRESS, & REUTERS
NEWS AND MEDIA INC.,

          *Defendants*.

---------------------------------------------------------

CIVIL ACTION NO. 3:23-cv-00720


Judge Terry A. Doughty


Magistrate Judge Kayla D. McClusky


JURY TRIAL DEMANDED


**PLAINTIFFS' MOTION TO STRIKE**
**NEW REPLY EVIDENCE AND NEW REPLY ARGUMENTS,**
**OR IN THE ALTERNATIVE FOR LEAVE TO FILE SUR-REPLY,**
**IN OPPOSITION TO DEFENDANTS' VENUE TRANSFER MOTION**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who file the instant

Motion to Strike New Reply Evidence and Arguments, or in the alternative, Leave to File Sur-

Reply Memorandum in Opposition to Defendants' Venue Transfer Motion.  Controlling U.S. 5th

Circuit precedent is the basis for filing the instant motion.

WHEREFORE, Plaintiffs urge that, after due consideration of the facts, law and arguments

outlined in the Memorandum in Support attached hereto, that the instant motion be granted, and

the new evidence and arguments submitted by Defendants be stricken from the record, or in the

alternative, the Court allow Plaintiffs leave to file a sur-reply in opposition to Defendants' venue

transfer motion.


RESPECTFULLY SUBMITTED,

DATED: September 5, 2023

Respectfully submitted,

   */s/ G. Shelly Maturin, II*
   ──────────────────────────

G. SHELLY MATURIN, II (#26994)
WELBORN & HARGETT, LLC
1540 W. Pinhook Road
Lafayette, LA 70503
Telephone: (337) 234-5533
Facsimile: (337) 769-3173
shelly@wandhlawfirm.com

JOHN W. HOWARD (CA 80200)
SCOTT J. STREET (CA 258962)
JW HOWARD/ATTORNEYS, LTD.
600 West Broadway, Ste. 1400
San Diego, CA 92101
Telephone: (213) 205-2800
johnh@jwhowardattorneys.com
sstreet@jwhowardattorneys.com

Attorneys for Plaintiffs

JED RUBENFELD (NY 2214104)
(pro hac vice)
1031 Forest Rd.
New Haven, CT 06515
Telephone: (203) 432-7631
jed.rubenfeld@yale.edu

ROBERT F. KENNEDY, JR. (NY 1999993)
(pro hac vice forthcoming)
48 Dewitt Mills Rd.
Hurley, NY 12433
Telephone: (845) 481-2622
(pro hac vice)

ROGER I. TEICH (CA 147076)
(pro hac vice #917768)
337 Liberty St.
San Francisco, CA 94110
Telephone: (415) 948-0045
rteich@juno.com

Attorneys for Children's Health Defense

1

**LR7.4.1 CERTIFICATE**

Pursuant to local rule, Plaintiffs' reached out to all opposing counsel via email seeking consent to file the foregoing Motion.  All opposing counsel have voiced opposition to the filing of the instant Motion.


*/s/ G. Shelly Maturin, II*
_____

G. SHELLY MATURIN, II


**CERTIFICATE OF SERVICE**

This is to certify that on the 5th day of September, 2023, a true and correct copy of the above and foregoing was filed with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record.

*/s/ G. Shelly Maturin, II*
_____

G. SHELLY MATURIN, II