**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

---------------------------------------------------------

**CHILDREN'S HEALTH DEFENSE,**
**TRIALSITE, INC., CREATIVE**
**DESTRUCTION MEDIA, LLC,**
**ERIN ELIZABETH FINN, JIM HOFT,**             **CIVIL ACTION NO. 3:23-cv-00720**
**DR. BEN TAPPER, BEN SWANN,**
**DR. JOSEPH MERCOLA, TY**
**BOLLINGER, CHARLENE**                          **Judge Terry A. Doughty**
**BOLLINGER, & JEFF CROUERE,**                   **Magistrate Judge Kayla D. McClusky**

                    *Plaintiffs,*

           v.

**WP COMPANY, LLC D/B/A THE**
**WASHINGTON POST, THE BRITISH**
**BROADCASTING CORP., THE**                      **JURY TRIAL DEMANDED**
**ASSOCIATED PRESS, & REUTERS**
**NEWS & MEDIA INC.,**

                    *Defendants.*
---------------------------------------------------------

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO STRIKE NEW REPLY**
**EVIDENCE AND NEW REPLY ARGUMENTS SUBMITTED BY DEFENDANTS**
**IN CONNECTION WITH THEIR MOTION TO TRANSFER**

Having reviewed Plaintiffs' motion to strike new evidence and new arguments submitted

by Defendants the Washington Post, the Associated Press, and Reuters in their Reply in Further

Support of Motion to Transfer, and good cause appearing, the Court orders that the new

declarations submitted with that reply (ECF Nos. 52-1, 52-2, and 52-3), together with the two new

arguments identified by Plaintiffs, are hereby STRUCK from the record.

IT IS SO ORDERED.

Dated: _____, 2023

                                         _____
                                         U.S. District Judge

1

Alternatively, it is ordered that Plaintiffs are allowed to file their Sur-reply in Opposition to Defendants' Venue Transfer Motion.

IT IS SO ORDERED.

Dated: _____, 2023

_____
U.S. District Judge