UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

---

| | |
|---|---|
| **CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, AND JEFF CROUERE,** | CIVIL ACTION NO. 3:23-cv-00720 |
| *Plaintiffs*, | Judge Terry A. Doughty |
| v. | Magistrate Judge Kayla D. McClusky |
| **WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS AND MEDIA INC.,** | **JURY TRIAL DEMANDED** |
| *Defendants*. | |

---

### PLAINTIFFS' MOTION TO STRIKE
### NEW REPLY EVIDENCE AND NEW REPLY ARGUMENTS,
### OR IN THE ALTERNATIVE FOR LEAVE TO FILE SUR-REPLY,
### IN OPPOSITION TO THE BBC'S PERSONAL JURISDICTION MOTION

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who file the instant Motion to Strike New Reply Evidence and Arguments, or in the alternative, Leave to File Sur-Reply Memorandum in Opposition to BBC's Personal Jurisdiction Motion. Controlling U.S. 5th Circuit precedent is the basis for filing the instant motion.

WHEREFORE, Plaintiffs urge that, after due consideration of the facts, law and arguments outlined in the Memorandum in Support attached hereto, that the instant motion be granted, and

the new evidence and arguments submitted by BBC be stricken from the record, or in the alternative, the Court allow Plaintiffs leave to file a sur-reply in opposition to the BBC's personal jurisdiction motion.

RESPECTFULLY SUBMITTED,

DATED: September 5, 2023

Respectfully submitted,

   /s/ G. Shelly Maturin, II
_____

| | |
|---|---|
| G. SHELLY MATURIN, II (#26994)<br>WELBORN & HARGETT, LLC<br>1540 W. Pinhook Road<br>Lafayette, LA 70503<br>Telephone: (337) 234-5533<br>Facsimile: (337) 769-3173<br>shelly@wandhlawfirm.com<br><br>JOHN W. HOWARD (CA 80200)<br>SCOTT J. STREET (CA 258962)<br>JW HOWARD/ATTORNEYS, LTD.<br>600 West Broadway, Ste. 1400<br>San Diego, CA 92101<br>Telephone: (213) 205-2800<br>johnh@jwhowardattorneys.com<br>sstreet@jwhowardattorneys.com<br><br>Attorneys for Plaintiffs | JED RUBENFELD (NY 2214104)<br>(pro hac vice)<br>1031 Forest Rd.<br>New Haven, CT 06515<br>Telephone: (203) 432-7631<br>jed.rubenfeld@yale.edu<br><br>ROBERT F. KENNEDY, JR. (NY 1999993)<br>(pro hac vice forthcoming)<br>48 Dewitt Mills Rd.<br>Hurley, NY 12433<br>Telephone: (845) 481-2622<br>(pro hac vice)<br><br>ROGER I. TEICH (CA 147076)<br>(pro hac vice #917768)<br>337 Liberty St.<br>San Francisco, CA 94110<br>Telephone: (415) 948-0045<br>rteich@juno.com<br><br>Attorneys for Children's Health Defense |

**LR7.4.1 CERTIFICATE**

Pursuant to local rule, Plaintiffs' reached out to all opposing counsel via email seeking consent to file the foregoing Motion. All opposing counsel have voiced opposition to the filing of the instant Motion.

*/s/ G. Shelly Maturin, II*
_____

G. SHELLY MATURIN, II

**CERTIFICATE OF SERVICE**

This is to certify that on the 5th day of September, 2023, a true and correct copy of the above and foregoing was filed with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record.

*/s/ G. Shelly Maturin, II*
_____

G. SHELLY MATURIN, II