UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

---

| | |
|---|---|
| **CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, & JEFF CROUERE,** | CIVIL ACTION NO. 3:23-cv-00720 |
| *Plaintiffs*, | Judge Terry A. Doughty<br>Magistrate Judge Kayla D. McClusky |
| v. | |
| **WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA INC.,** | JURY TRIAL DEMANDED |
| *Defendants.* | |

---

### [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO STRIKE NEW REPLY EVIDENCE AND NEW REPLY ARGUMENTS SUBMITTED BY THE BBC

Having reviewed Plaintiffs' motion to strike new evidence and new arguments submitted by the British Broadcasting Corporation in its Reply in Further Support of Motion to Dismiss for Lack of Personal Jurisdiction, and good cause appearing, the Court orders that the new declaration submitted with that reply (ECF Nos. 59-1), together with the two new arguments identified by Plaintiffs, are hereby STRUCK from the record.

IT IS SO ORDERED.

Dated: _____, 2023

_____
U.S. District Judge

1

Alternatively, it is ordered that Plaintiffs are allowed to file their Sur-reply in Opposition to BBC's Personal Jurisdiction Motion.

IT IS SO ORDERED.

Dated:_____, 2023

_____

U.S. District Judge