UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**CHILDRENS HEALTH DEFENSE ET AL**           **CASE NO. 3:23-CV-00720**

**VERSUS**                                   **JUDGE TERRY A. DOUGHTY**

**W P CO ET AL**                             **MAG. JUDGE KAYLA D. MCCLUSKY**

## ORDER

Considering the foregoing Motion to Strike New Reply Evidence and New Reply Arguments, or in the Alternative for Leave to File Sur-Reply in Opposition to Defendants' Venue Transfer Motion filed by Plaintiffs [Doc. No. 64],

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. To the extent that the Plaintiffs move to strike the new reply evidence and new reply arguments, the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that to the extent the Plaintiffs move for leave of court to file a sur-reply in opposition to Defendants' venue transfer motion, the Motion is **GRANTED**, and Plaintiffs are granted leave to file a sur-reply.

MONROE, LOUISIANA, this 6th day of September 2023.

_____
Terry A. Doughty
United States District Judge