**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **CHILDRENS HEALTH DEFENSE ET AL** | **CASE NO. 3:23-CV-00720** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **W P CO ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Considering the foregoing Motion to Strike New Reply Evidence and New Reply Arguments, or in the Alternative for Leave to File Sur-Reply in Opposition to the BBC's Personal Jurisdiction Motion [Doc. No. 65] filed by Plaintiffs,

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. To the extent that the Plaintiffs move to strike new reply evidence and reply arguments, the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that to the extent the Motion moves for leave of Court to file a sur-reply in opposition to the BBC's personal jurisdiction motion, the Motion is **GRANTED**, and Plaintiffs are granted leave to file a sur-reply.

MONROE, LOUISIANA, this 6th day of September 2023.

Terry A. Doughty
United States District Judge