**MINUTE ENTRY**
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**
**September 7, 2023**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**CHILDRENS HEALTH DEFENSE ET AL**                  **CASE NO.  3:23-CV-00720**

**VERSUS**                                          **JUDGE TERRY A. DOUGHTY**

**W P CO ET AL**                                    **MAG. JUDGE KAYLA D. MCCLUSKY**

On September 5, 2023, Plaintiffs filed two Motion's for Leave of Court in this case [Doc. Nos. 64 & 65]. The first Motion was for leave of court to file a sur-reply in opposition to Defendants' venue transfer motion [Doc. No. 64].  The second Motion was for leave of court to file a sur-reply in opposition to BBC's personal jurisdiction motion [Doc. No. 65]. Both Motions were granted on September 6, 2023 [Doc. Nos. 67 & 68].  Plaintiffs shall file both sur-reply's on or before September 15, 2023.

TAD

