UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, & JEFF CROUERE, | ) | Civil Action No. 3:23-cv-00720 |
| *Plaintiffs,* | ) | Judge Terry A. Doughty |
| v. | ) | Magistrate Judge Kayla D. McClusky |
| WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA INC., | ) | |
| *Defendants.* | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO THE STATE OF LOUISIANA'S AMICUS CURIAE BRIEF IN SUPPORT OF THE PLAINTIFFS**

Defendants respectfully request the Court's permission to file an 8-page brief in response to the State of Louisiana's Amicus Curiae Brief in Support of Plaintiffs filed on August 30, 2023. Because Louisiana's proposed amicus brief was submitted on the same day Defendants' reply briefs in support of their motions to dismiss and transfer were filed on August 29, 2023, Defendants did not have the opportunity to respond to the arguments made therein. Thus, in the interests of fairness and full adversarial briefing, Defendants request that this Court allow them to file the proposed responsive brief submitted herewith. Plaintiffs oppose this motion.

By way of background, on July 11, 2023, pursuant to a scheduling order entered on June

22, Defendants[1] moved to transfer this lawsuit to the District of Columbia or the Southern District of New York and moved to dismiss the Complaint in its entirety. On August 29, the day Defendants filed their replies in support of their motions to transfer and dismiss, the State of Louisiana moved this Court for leave to file an amicus curiae brief supporting Plaintiffs' positions. ECF No. 56. The Court granted Louisiana's motion the next day on August 30. ECF No. 61

Although there is no formal rule governing the filing of amicus briefs in the district court, courts in this District often consider the principles of Federal Rule of Appellate Procedure 29 in determining whether to use their discretion to permit the filing of an amicus brief and any response thereto. *See e.g., Boudreaux v. Sch. Bd. of St. Mary Par.*, No. 6:65-cv-11351, 2023 WL 4771231, at *3 (W.D. La. July 24, 2023); *Pegasus Equine Guardian Assn. v. U.S. Army*, No. 2:17-cv-0980, 2019 WL 362598, at *1-2 (W.D. La. Jan. 28, 2019); *see also United States ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 928-29 (S.D. Tex. 2007) ("[T]he concerns of necessity and timeliness, which undergird Rule 29, do not appear to be any less important in the district court than in the court of appeals[.]").

Rule 29(a)(6) generally requires that a proposed amicus curiae file its brief and motion for leave to file no later than seven days after the principal brief of the party being supported is filed. Fed. R. App. P. 29(a)(6). Under Rule 29(a)(6), if the Court grants an amicus leave to file a brief after the seven-day deadline, the Court must also specify "the time within which an opposing party may answer." *Id.* Rule 29 was thus designed to ensure that an opposing party would have sufficient opportunity to respond to arguments first raised in an amicus brief. Indeed, as the case cited by Louisiana in its motion for leave to file its amicus brief states, "the deadline [for an amicus

[1] The Associated Press ("The AP"), Reuters News & Media Incorporated ("Reuters"), and WP Company LLC d/b/a The Washington Post ("the Post") moved to transfer and dismiss for failure to state a claim. The British Broadcasting Company ("the BBC") separately moved to dismiss for lack of personal jurisdiction.

brief] may be flexible so *long as the opposing party is given adequate time to respond to issues raised in the amicus brief.*" *Pegasus*, 2019 WL 362598, at *2 (emphasis added) (citing Fed. R. App. P. 29, cmt. (e)).

Here, Louisiana filed a brief in support of Plaintiffs. Pursuant to the publicly-available June 22 scheduling order, Plaintiffs filed their oppositions to Defendants' motions on August 15. But Louisiana did not seek leave to file its amicus brief until August 29 – seven days after the period provided under Rule 29 and mere hours before the deadline for Defendants to file reply briefs in support of their motions. Defendants were thus deprived of any realistic opportunity to respond to the arguments put forward by Louisiana in the proposed amicus brief in their reply briefs due that day. Thus, this Court should allow Defendants an opportunity to respond to Louisiana's arguments. *See United States ex rel. Gudur*, 512 F. Supp. 2d at 928 ("[I]f the court were to deny [defendant's] motion to strike [an untimely amicus brief], [defendant] would be entitled to answer the United States' arguments."); *Pegasus*, 2019 WL 362598, at *2.

Defendants respectfully request that the Court grant them leave to file the proposed brief responding to Louisiana's arguments asserted in its amicus brief.

Dated: September 11, 2023

Respectfully submitted,

*/s/ Leslie E. John*
Leslie E. John (*pro hac vice*, #917698)
Elizabeth P. Weissert (*pro hac vice*, #917700)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500; Fax: (215) 864-8999
johnl@ballardspahr.com
weisserte@ballardspahr.com

Jay Ward Brown (*pro hac vice*, #917699)
Ballard Spahr LLP

*/s/ Jeffrey C. Bank*
Jeffrey C. Bank (*pro hac vice*, #917708)
Allison B. Smith (*pro hac vice*, #917709)
Wilson Sonsini Goodrich & Rosati
1700 K Street, N.W., 5th Floor
Washington, D.C. 20006
Tel: (202) 973-8800; Fax: (202) 973-8899
jbank@wsgr.com
allison.smith@wsgr.com

Thomas M. McEachin #26412
Andrea V. Timpa #29455

1909 K Street N.W., 12th Floor
Washington, D.C. 20006
Tel: (202) 661-2200; Fax: (202) 661-2299
brownjay@ballardspahr.com

Loretta Mince #25796
Fishman Haygood LLP
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170
Tel: (504) 586-5252; Fax: (504) 586-5250
lmince@fishmanhaygood.com

*Attorneys for The Associated Press*

*/s/ Jan P. Christiansen*
Jan P. Christiansen #20142
G. Adam Cossey #31678
Hudson Potts & Bernstein
1800 Hudson Lane, Suite 300
Monroe, Louisiana 71201
Tel: (318) 388-4400; Fax: (318) 388-2758
jpchris@hpblaw.com
acossey@hpblaw.com

Edward B. Schwartz (*pro hac vice*, #914616)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000, East Tower
Washington, D.C., 20005
Tel: (202) 414-9200
eschwartz@reedsmith.com

Michelle A. Mantine (*pro hac vice*, #917715)
Reed Smith LLP
Reed Smith Centre, 225
Fifth Avenue
Pittsburgh, PA, 15222
Tel: (412) 288-3131
mmantine@reedsmith.com

Casey J. Olbrantz (*pro hac vice*, #917713)
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

William P. Gibbens #27225
Schonekas, Evans, McGoey
& McEachin, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Tel: (504) 680-6050; Fax: (504) 680-6051
thomas@semmlaw.com
andrea@semmlaw.com
billy@semmlaw.com

*Attorneys for Reuters News & Media Inc.*

*/s/ John E. Schmidtlein*
John E. Schmidtlein (*pro hac vice*, #917694)
Thomas G. Hentoff (*pro hac vice*, #917696)
Nicholas G. Gamse (*pro hac vice*, #917695)
Kathryn E. Garza (*pro hac vice*, #917697)
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Tel: (202) 434-5000; Fax: (202) 434-5029
jschmidtlein@wc.com
thentoff@wc.com
ngamse@wc.com
kgarza@wc.com

Bernard S. Johnson #07280
Cook, Yancey, King & Galloway
333 Texas Street, Suite 1700 (71101)
P.O. Box 22260
Shreveport, Louisiana 71120-2260
Tel: (318) 221-6277; Fax: (318) 227-7850
bernard.johnson@cookyancey.com

*Attorneys for WP Company LLC*
*d/b/a The Washington Post*

Tel: (212) 521-5400
colbrantz@reedsmith.com

*Attorneys for The British Broadcasting Corporation*

**CERTIFICATE OF SERVICE**

The undersigned Counsel hereby certifies that on the 11th day of September 2023, notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record.

*/s/ Loretta Mince*
Loretta Mince