UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER, & JEFF CROUERE, <br><br> *Plaintiffs,* <br> v. <br><br> WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS NEWS & MEDIA INC., <br><br> *Defendants.* | Civil Action No. 3:23-cv-00720 <br><br> Judge Terry A. Doughty <br><br> Magistrate Judge Kayla D. McClusky |

## [PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO FILE A RESPONSE TO THE STATE OF LOUISIANA'S AMICUS CURIAE BRIEF

**IT IS ORDERED** that Defendants' motion for leave to file a response to the State of Louisiana's amicus curiae brief in support of Plaintiffs is **GRANTED** and the brief submitted with the motion is ordered **FILED.**

Signed this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE