UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**CHILDRENS HEALTH DEFENSE ET AL**　　　**CASE NO. 3:23-CV-00720**

**VERSUS**　　　**JUDGE TERRY A. DOUGHTY**

**W P CO ET AL**　　　**MAG. JUDGE KAYLA D. MCCLUSKY**

### ORDER

Considering the foregoing Motion for Leave to File a Response to the State of Louisiana's Amicus Curiae Brief [Doc. No. 71] filed by Defendants,

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk of Court is requested to file Defendants' Response to the State of Louisiana's Amicus Curiae Brief in Support of the Plaintiffs [Doc. No. 71-2] in the record of this matter.

MONROE, LOUISIANA, this 12th day of September 2023.

_____
Terry A. Doughty
United States District Judge